**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

United States of America

                                                    Plaintiff,

v.                                                              Case No.:
                                                                1:11−cv−04175
                                                                Honorable Matthew
                                                                F. Kennelly

All funds on deposit with R.J. O'Brien & Associates, held
in the name of Bridge Investment, S.L., bearing account
numbers XXX−X3931 and XXX−X1784, maintained at
Harris Bank account number XXX−171

                                                    Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 12, 2011:

        MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held and
continued to 11/14/2011 at 09:30 AM. Parties are directed to comply with standing order
for initial status hearing. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.