FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHUBB & SON, a division of Federal Insurance Company, | |
| Claimant. | Case No: 1:11-CV-4175 |
| UNITED STATES OF AMERICA, | Judge Matthew F. Kennelly |
| Plaintiff, | |
| v. | |
| ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L. BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6, | |
| Defendant. | |

## NOTICE OF MOTION

TO: ECF Filers

On **Tuesday, January 10, 2012**, at **9:30 A.M.** at the opening of court or as soon thereafter as counsel may be heard, I will appear before **Judge Kennelly** in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and present **CLAIMANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND FOR AN EXTENSION OF THE PAGE LIMIT FOR CLAIMANTS' OPPOSITION BRIEF** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

COZEN O'CONNOR

*s/Sean P.Carter*_____
Sean P. Carter, Esquire
PA Bar #78886
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2020
scarter1@cozen.com
*Attorneys for The Chubb Group of Companies, OneBeacon and American Alternative*

## CERTIFICATE OF SERVICE

I, Sean P. Carter, an attorney, hereby certify that I caused a copy of the foregoing to be served upon the attorneys listed below via electronic filing on this 22nd day of December, 2011:

Brian Thomas Frutig     bfrutig@motleyrice.com

Jerry S. Goldman     jgoldman@andersonkill.com

Andrew J. Maloney     amaloney@kreindler.com

Timothy S. Tomasik     tst@cliffordlaw.com, jmreasor@cliffordlaw.com

Joel M. Hammerman     catherine.miller@usdoj.gov, jean.weld@usdoj.gov, kondi.kleinman@usdoj.gov, christine.rekash@usdoj.gov, usailn.ecfausa@usdoj.gov, frederick.reynolds@usdoj.gov, joel.hammerman@usdoj.gov

s/Sean P. Carter_____

CHICAGO\881348\1 117430.000