UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 11 C 4175 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| FUNDS ON DEPOSIT WITH R.J. O'BRIEN ) | |

ADDITION OF COUNSEL

Please take notice that in addition to Assistant United States Attorney Joel M. Hammerman, Assistant United States Attorney Brian Hayes, has been designated as an attorney in the above captioned case on behalf of the United States Government.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney


By:  s/ Brian Hayes
    BRIAN HAYES
    Assistant United States Attorneys
    219 S. Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4307

March 9, 2012