## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

United States of America

                                  Plaintiff,

v.
                                       Case No.:
1:11−cv−04175

Honorable Matthew F. Kennelly

All funds on deposit with R.J. O'Brien & Associates, held in the name of Bridge Investment, S.L., bearing account numbers XXX−X3931 and XXX−X1784, maintained at Harris Bank account number XXX−171

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 27, 2012:

       MINUTE entry before Honorable Matthew F. Kennelly: For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants the government's motions to strike the claimants' claims and answers [docket nos. 42, 51]. The Court also denies the personal injury claimants' motion to intervene [docket no. 39] and the insurance company claimants' motion to amend [docket no. 59]. The case is set for a status hearing on April 10, 2012 at 8:45 a.m., in chambers (Room 2188) to set a schedule for any further proceedings in this case. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.