**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

| | |
|---|---|
| United States of America | |
| | Plaintiff, |
| v. | Case No.: 1:11−cv−04175 |
| | Honorable Matthew F. Kennelly |
| All funds on deposit with R.J. O'Brien & Associates, held in the name of Bridge Investment, S.L., bearing account numbers XXX−X3931 and XXX−X1784, maintained at Harris Bank account number XXX−171 | |
| | Defendant. |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 30, 2012:

    MINUTE entry before Honorable Matthew F. Kennelly: On the court's motion, due to Judge Kennelly's unavailability on the early morning of 4/10/12, the status hearing set for that date is vacated and reset to 4/12/12 at 8:30 a.m. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.