# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re TERRORIST ATTACKS ON SEPTEMBER 11, 2001, | ) ) ) ) 03 MDL 1570 ) (SDNY) ) ) |
| This Document relates to | ) ) 1:12-cv-01346 |
| Federal Insurance Co. v. al Qaeda, 03 Civ 6978 (GBD) | ) ) ) Judge Robert W. Gettleman ) Magistrate Judge Sidney I. Schenkier ) ) ) ) |

**PRAECIPE FOR WRIT OF EXECUTION**

The clerk is directed to issue a writ of execution upon the judgment in the above entitled case against defendant al Qaeda, a copy of which is attached as Exhibit A hereto and was registered in this district on February 27, 2012 pursuant to 28 U.S.C. § 1963, and deliver same to the U.S. Marshal to execute against all assets associated with the al Qaeda terrorist organization in the possession, custody or control of the U.S. Marshals Service, including in particular the funds which are the subject of the civil forfeiture proceeding in this district bearing docket number 11 cv 4175, which funds were seized by the U.S. Marshals Service on July 14, 2011 pursuant to warrants of arrest *in rem* from a commodities future trading account opened with R.J. O'Brian & Associates in Chicago, and held in the name of Bridge Investment, S.L. Bearing Account Numbers XXX-X3931 and XXX-X1784, maintained at Harris Bank, Account Number XXX-171-6.

Location of Funds: The funds are in the custody of the U.S. Marshals Service, Northern District of Illinois, 219 S. Dearborn St., Room 2444, Chicago, IL 60604.

Amount of Judgment: $9,351,247,965.99

                                                s/Kevin P. Caraher
                                                Kevin P. Caraher
                                                COZEN O'CONNOR
                                                333 W. Wacker Drive
                                                Suite 1900
                                                Chicago, IL 60606
                                                (312) 382-3100

CHICAGO\895380\1 803287.000

2