# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
### CASE NO.1:12-cv-01346

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

( ) Summons & Complaint
( **X** ) Citation to Discover Assets
( ) Rule to Show Cause
( ) Subpoena
( **X** ) Other: **Notice of Citation to Discover Assets**

1.    ( ) By leaving a copy with the named party, ------- personally on -------.

--------------------------------------------------------------------------

2.    ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

--------------------------------------------------------------------------

3.    ( **X** ) On the within party, **U.S. Marshals Service**, by leaving a copy with **Armine Aloian, Administrative Assistant and Authorized Person on April 6, 2012**, and informed that person of the contents thereof.

--------------------------------------------------------------------------

4.    ( **X** ) That the sex, race, and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**          RACE: **Middle Eastern**          APPROXIMATE AGE: **40**

--------------------------------------------------------------------------

5.    ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **Northern District of Illinois, 219 S. Dearborn Street, Room 2444, Chicago, IL 60604**
TIME OF DAY: **2:53 PM**

--------------------------------------------------------------------------

6.    ( ) That he was unable to serve within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **9th** day of **April 2012**

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
CAROL PLANO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/24/13

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ART INSURANCE COMPANY, et. al. )
                                      )
          Plaintiffs, )
                                        )
          v. )
                                        )
AL QAEDA, )
                                        )
          Defendant. )
                                        )
                                        )

**RECEIVED**

APR X 6 2012

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Case No. 1:12-cv-01346

Judge Robert W. Gettleman
Magistrate Judge Sidney I. Schenkier

Judgment from:
In Re: Terrorist Attacks on
September 11, 2001
03 MDL 1570
Southern District of New York

## NOTICE OF CITATION TO DISCOVER ASSETS

TO:

The funds are in the custody of the U.S. Marshals Service
Northern District of Illinois
219 S. Dearborn Street
Room 2444
Chicago, IL 60604

Name and Address of Court: The United States District Court, Northern District of
Illinois, Eastern Division
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

Name of Case: In re Terrorist Attacks on September 11, 2001

Name of Judgment Creditor: Plaintiffs, as set forth in Exhibit A

Name of Judgment Debtor: al Qaeda

Amount of Judgment: $9,351,247,965.99

Name of Person Receiving
Citation:
         U.S. Marshals Service
         Northern District of Illinois
         219 S. Dearborn Street
         Room 2444
         Chicago, IL 60604

Name and Address of
Attorneys for Judgment
Creditor:     Daniel R. Johnson
          Kevin P. Caraher
          Sean P. Carter (Of Counsel)
          COZEN O'CONNOR
          333 West Wacker Drive, Suite 1900
          Chicago, IL 60606
          (312)-382-3100

Court Date and Time:   April 26, 2012 at 9:15 a.m.

As set forth above, a Final Judgment Order in favor of Plaintiffs and against Defendant al Qaeda was entered in the Southern District of New York on January 25, 2012, in the total amount of $9,351,247,965.99. This judgment remains unsatisfied. The judgment was registered in the Northern District of Illinois pursuant to 28 U.S.C. § 1963 on February 27, 2012. The judgment is attached as Exhibit A to the Citation to Discover Assets.

NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The return of the citation is set before the Honorable Robert W. Gettleman or any judge sitting in his stead in Courtroom 1703 of the Dirksen United States Courthouse at 219 S. Dearborn St., Chicago, Illinois 60604 on April 26, 2012 at 9:15 a.m.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemption of personal property owned by the debtor includes the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor, including money in a bank account; Social Security and SSI benefits; Public assistance benefits; Unemployment compensation benefits; Worker's compensation benefits; Veteran's benefits; Circuit breaker property tax relief benefits; The debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle; The debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor;

(2) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the greater of the state or federal minimum hourly wage.

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits (including IRA accounts) and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the office of the Clerk of the United State District Court for the Northern District of Illinois at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. When so notified, the Clerk of the United States District Court for the Northern District of Illinois will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor or the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing. This notice may be sent by regular first class mail.

Respectfully Submitted,

Daniel R. Johnson
Attorney for Plaintiffs

Daniel R. Johnson
Kevin P. Caraher
Sean P. Carter (Of Counsel)
COZEN O'CONNOR
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
(312)-382-3100

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ART INSURANCE COMPANY, et. al. | ) | |
| | ) | Case No. 1:12-cv-01346 |
| Plaintiffs, | ) | |
| | ) | Judge Robert W. Gettleman |
| v. | ) | Magistrate Judge Sidney I. |
| | ) | Schenkier |
| AL QAEDA, | ) | |
| | ) | Judgment from: |
| Defendant. | ) | In Re: Terrorist Attacks on |
| | ) | September 11, 2001 |
| | ) | 03 MDL 1570 |
| | ) | Southern District of New |
| | ) | York |

## CITATION TO DISCOVER ASSETS

TO:                U.S. Marshals Service
Northern District of Illinois
219 S. Dearborn Street
Room 2444
Chicago, IL 60604

YOU ARE REQUIRED to appear on **April 26, 2012 at 9:15 a.m.** before the Honorable Robert W. Gettleman or any judge sitting in his stead in Courtroom 1703 of the Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois 60604 to be examined under oath to discover assets or income not exempt from enforcement of a judgment.

A Final Judgment Order in favor of Plaintiffs and against Defendant al Qaeda was entered in the Southern District of New York on January 25, 2012, in the total amount of $9,351,247,965.99. The judgment was registered in the Northern District of Illinois pursuant to 28 U.S.C. § 1963 on February 27, 2012. A copy of this judgment is attached as Exhibit A.

YOU ARE COMMANDED to produce at the examination:

All books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor, including but not limited to the following:

- All books, papers, or records referencing the financial investments and assets of the judgment debtor, including securities, real estate investments and bank accounts.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by

money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

## CERTIFICATION OF ATTORNEY FOR JUDGMENT CREDITOR

As set forth above, a Final Judgment Order in favor of Plaintiffs and against Defendant al Qaeda was entered in the Southern District of New York on January 25, 2012, in the total amount of $9,351,247,965.99. The judgment was registered in the Northern District of Illinois pursuant to 28 U.S.C. § 1963 on February 27, 2012. A copy of this judgment is attached as Exhibit A. I, Daniel R. Johnson certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/109 and the Federal Rules of Civil Procedure that all of the information stated herein is true.

Daniel R. Johnson
*Attorney for Plaintiffs*

Subscribed and sworn to before me on this 6th day of April, 2012.

Notary Public

OFFICIAL SEAL
Edward W Rodeghier
Notary Public, State of Illinois
My Commission Expires 04/08/2014

Daniel R. Johnson
Kevin P. Caraher
Sean P. Carter (Of Counsel)
COZEN O'CONNOR
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
(312)-382-3100

WITNESS, _____ (Date)

**THOMAS G. BRUTON**
Clerk of Court

Deputy Clerk

APR 06 2012

Date

# EXHIBIT A

FILED

FEB 27 2012

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

| | |
|---|---|
| In Re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (S.D.N.Y.) |
| This Document relates to | 1:12-cv-01346 |
| Federal Insurance Co. v. al Qaeda, 03 Civ 6978 (GBD) | Judge Robert W. Gettleman Magistrate Judge Sidney I. Schenkier |

**REGISTRATION OF JUDGMENT PURSUANT TO 28 U.S.C. §1963**

NOW COME Plaintiffs, by their attorneys, Cozen O'Connor, and hereby register in the United States District Court for the Northern District of Illinois the attached Rule 54(b) Judgment entered on January 25, 2012 by the United States District Court for the Southern District of New York against Defendant al Qaeda for money damages in the sum total of $9,351,247,965.99. The time limitation in which to appeal the judgment has expired without an appeal having been filed.

_____
One of Their Attorneys

Kevin P. Caraher
COZEN O'CONNOR
333 W. Wacker Drive, Suite 1900
Chicago, Illinois 60606
312-382-3100

CHICAGO\8918821\1 803287.000

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/12

-----------------------------------------------------------X

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

This Document Relates to

Federal Insurance Co. V. al Qaeda,
03 Civ 6978 (GBD)

03 MDL 1570 (GBD)(FM)

**RULE 54(b) JUDGMENT**

# 11, 2468

-----------------------------------------------------------X

     Whereas the Court having entered judgment in favor of Plaintiffs and against al Qaeda on

December 22, 2011 (Exhibit "A"); thereafter, the Court having considered the request for entry of

final judgments in favor of certain plaintiffs and against defendant al Qaeda; the Court having found

that there is no just reason to delay the entry of final monetary judgments pursuant to Fed. R. Civ.

P. 54(b), and the matter having come before the Honorable George B. Daniels, United States District

Judge; and the Court, on January 10, 2012, having rendered its Order that the Court's entry of

judgment, identified as Exhibit "A", be certified as final pursuant to Fed. R. Civ. P. 54(b), and

directing the Clerk of the Court to prepare and enter a final judgment, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated January 10, 2012, there is no just reason delay; accordingly, the Court's entry

of judgment, identified as Exhibit "A", is certified as final pursuant to Fed. R. Civ. P. 54(b).

**Dated:** New York, New York
     January 25, 2012

           **RUBY J. KRAJICK**

           **Clerk of Court**

    BY:

           **Deputy Clerk**

CERTIFIED AS A TRUE COPY ON

THIS DATE _2/23/12_

BY _Mary Salcedo_
   ( ) Clerk
   (✓) Deputy

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

# EXHIBIT A

DEC 22 2011

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case<br><br>#11,2468 |

*This document relates to:*      *Federal Insurance Co., et al v. al Qaida, et al.*
03 CV 06978 (GBD)

Whereas, this matter having come before the Honorable George B. Daniels, United States

District Judge, on the motion of certain plaintiffs for entry of a monetary judgment against

defendant al Qaida, and the Court, on December 16, 2011, having adopted the Report and

Recommendation made by the Magistrate Judge concerning that motion in its entirety, and

directing the Clerk of Court to enter judgments against al Qaida and in favor of the moving

plaintiffs in accordance with the Report and Recommendation and the December 16, 2011 Order

adopting same, it is:

ORDERED, ADJUDGED and DECREED: That for the reasons stated in the Court's

Order dated December 16, 2011, judgment is hereby entered against defendant al Qaida and in

favor of the plaintiffs as follows:

| Plaintiff | Judgment |
|---|---|
| AXA Art Insurance Company | 42,862,629.00 |
| AXA Global Risks (UK) Ltd. | 32,959,870.71 |
| AXA CSA UK Branch | 194,339,649.00 |
| AXA Insurance Company | 395,088,134.88 |
| AXA Reinsurance Company | 248,144,334.00 |
| AXA Re | 317,370,069.00 |

| | |
|---|---|
| AXA Re Canadian Branch | 78,415,221.33 |
| AXA Re UK Plc | 54,488,105.10 |
| AXA Versicherung | 2,769,159.00 |
| SPS Re | 252,915,480.00 |
| Chubb Custom Insurance Company | 1,837,755.00 |
| Chubb Insurance Company of Canada | 151,357,187.13 |
| Chubb Insurance Company of New Jersey | 1,238,045.13 |
| Chubb Indemnity Insurance Company | 12,251,634.60 |
| Federal Insurance Company | 4,541,002,792.17 |
| Great Northern Insurance Company | 1,787,991,341.37 |
| Pacific Indemnity Insurance Company | 29,809,609.98 |
| Vigilant Insurance Company | 126,917,799.72 |
| American Alternative Insurance Company | 11,768,346.21 |
| The Princeton Excess & Surplus Lines Insurance Company | 11,388,877.50 |
| Great Lakes Reinsurance (UK) Limited | 298,534,281.06 |
| OneBeacon Insurance Company | 529,544,956.20 |
| TIG Insurance Company | 228,252,687.90 |
| TOTAL | 9,351,247,965.99 |

2

Plaintiffs may move to amend this judgment to include pre-judgment interest in

accordance with Fed. R. Civ. P. 59(e).

Dated: December 22, 2011
New York, New York

Rob J. Krajick
Clerk of Court

BY:

Deputy Clerk

DEC 22, 2011

George B. Daniels
U.S.D.J.

HON.

3