# EXHIBIT D

18Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 12 C 1346 | DATE | 4/10/2012 |
| CASE TITLE | Art Insurance Co., et al    v    Al Qaeda | | |

**DOCKET ENTRY TEXT:**

Order WRIT OF EXECUTION to issue.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|