# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

United States of America

          Plaintiff,

v.

All funds on deposit with R.J. O'Brien & Associates, held in the name of Bridge Investment, S.L., bearing account numbers XXX–X3931 and XXX–X1784, maintained at Harris Bank account number XXX–171

          Defendant.

Case No.: 1:11−cv−04175

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 12, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly:Minute order of 4/12/2012 is amended to incorporate the joint oral motion to reassign case number 12 C 1346, Art Insurance v. Al Qaeda, presently on Judge Gettleman's calendar as a related case to 11 C 4175. Oral motion is granted. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.