**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

United States of America

                            Plaintiff,

v.
                                    Case No.:
                                    1:11−cv−04175
                                    Honorable Matthew
                                    F. Kennelly

All funds on deposit with R.J. O'Brien & Associates, held
in the name of Bridge Investment, S.L., bearing account
numbers XXX−X3931 and XXX−X1784, maintained at
Harris Bank account number XXX−171

                                  Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 18, 2012:

        otion to quash is to be filed by 6/29/12. (mk)MINUTE entry before Honorable
Matthew F. Kennelly: This order is being entered in this case and in Case No. 12 C 1346.
Telephone status hearing held with attorneys for government and claimants. The
government's motion to quash writs and citations in Case No. 12 C 1346 is to be filed by
4/27/12. The appearance on the citation set for 4/26/12 is excused. The government's
memorandum in support of its motion to quash in Case No. 12 C 1346 and its response to
claimants' motion to amend in Case No. 11 C 4175 are to be filed by 5/25/12 and may
total 40 pages in the aggregate. Claimants' response to the motion to quash and their reply
to the motion to amend are to be filed by 6/15/12. The government's reply on the m

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.