UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ALL FUNDS ON DEPOSIT WITH R. J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6<br><br>      Defendants. | No. 11 C 4175<br><br>Judge Matthew F. Kennelly |

**MOTION OF THE UNITED STATES OF AMERICA
FOR ENTRY OF A DEFAULT DECREE OF FORFEITURE**

      The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for the entry of a default decree of forfeiture. In support of this motion, the United States of America states as follows:

      1.      On June 19, 2011, the United States filed a verified complaint seeking forfeiture of all funds on deposit with R. J. O'Brien & Associates, held in the name of Bridge Investment, S.L., bearing account numbers XXX-X3931 and XXX-X1784, maintained at Harris Bank, account number XXX-171-6 (hereinafter, the "defendant funds"), pursuant to Title 18, United States Code, Sections 981(a)(1)(G)(i) and (iv). R. 1.

      2.      On July 12, 2011, the Court issued a warrant of arrest *in rem* to be executed by the Federal Bureau of Investigation ("FBI") against the defendant funds. R. 7. On July 12, 2011, Special Agent Erich Krumrei of the FBI executed the warrant of arrest *in rem* and took custody of the defendant funds in the amount of $6,226,424.95. *See* R. 8.

3.     Notice of this action was sent to all known potential claimants, including the individual identified as Individual A in the verified complaint, Mohammad Quasim al Ghamdi, and Muhammad Abdallah Abdan al Ghamdi (also known as Abu al Tayyeb), by varying means, including telephone, facsimile, electronic mail, common carrier, and through official governmental channels, as appropriate. A declaration of service is attached hereto as Exhibit A.

4.     Notice of the civil judicial forfeiture proceeding was posted on an official government internet site for at least 30 consecutive days beginning on June 24, 2011. A declaration of publication is attached hereto as Exhibit B.

5.     On August 19, 2011, three insurance company groups[1] filed verified claims asserting an alleged interest in the defendant funds based on a default judgment that they, along with a number of other insurance industry plaintiffs, had obtained against al-Qaeda in an action pending in the United States District Court for the Southern District of New York. R. 10 - 12. On September 7, 2011, the claimants filed answers to the verified complaint for forfeiture. R. 17 - 19.

6.     On November 7, 2011, parties representing themselves as the "Wrongful Death / Personal Injury Plaintiffs in In Re: Terrorist Attacks on September 11, 2011" (hereinafter, the "proposed intervenors") filed a motion to intervene in the present case. R. 33, 39.

7.     On December 5, 2011, the United States filed a motion to strike the claimants' verified claims and answers. R. 43 - 44.

---

[1] The insurance group claimants are identified as: (1) Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company of New Jersey, Chubb Insurance Company of Canada, Pacific Indemnity Company, and Great Northern Insurance Company ("the Vigilant Companies"); (2) American Alternative Insurance Company, the Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company ("AAIC, PESLIC and GLUK"); and (3) OneBeacon Insurance Group ("One Beacon" and, collectively, "claimants").

8. On December 23, 2011, the United States filed a motion to strike the proposed intervenors' answer. R. 51 - 52.

9. On January 27, 2012, the claimants filed a motion for leave to amend their verified claims and answers. R. 59 - 60.

10. On February 24, 2012, the Court heard oral arguments on the parties' respective motions. R. 70. On March 27, 2012, the Court issued a Memorandum Opinion and Order granting the government's motions to strike the claimants' claims and answers and denying the proposed intervenors' motion to intervene and the claimants' motion to amend. R. 73 - 74.

11. On April 11, 2012, the claimants filed a renewed motion to amend their claims that is currently pending before the Court. R. 77 - 78.

12. At the present time, however, there are no valid claims to the defendant funds or answers to the verified complaint pending before the Court. The time for filing such a claim, answer or other responsive pleading has expired under applicable law.

13. Based on the verified complaint and the attached affidavit of Special Agent Erich Krumrei of the FBI, the United States has established that the foregoing funds:

    a. Constitute assets of an individual, entity and organization engaged in planning and perpetrating a federal crime of terrorism (as defined in Title 18, United States Code, Section 2332b(g)(5)) against the United States, citizens and residents of the United States, and their property;

    b. Constitute assets affording a person a source of influence over an entity and organization engaged in planning and perpetrating a federal crime of terrorism (as defined in Title 18, United States Code, Section 2332b(g)(5)) against the United States, citizens and residents of the United States, and their property; and

    c. Constitute assets of an individual, entity, and organization engaged in planning and perpetrating an act of international terrorism (as defined in Title 18, United States Code, Section 2331) against a foreign government;

and are therefore subject to forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(G)(i) and (iv).

WHEREFORE, the United States of America requests that this Court enter a default decree of forfeiture in favor of the United States of America and against the defendant funds. A draft order is submitted herewith.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:    /s/ Joel Hammerman
    JOEL HAMMERMAN
    Assistant United States Attorney
    219 South Dearborn, 5th Floor
    Chicago, Illinois 60604
    (312) 353-3500

    *and*

    JENNIFER SHASKY CALVERY
    Chief, Asset Forfeiture and Money Laundering Section

By:    /s/ Jean Weld
    FREDERICK REYNOLDS
    Deputy Chief, Forfeiture Unit,
    JEAN B.WELD
    Senior Trial Attorney
    KONDI KLEINMAN
    Trial Attorney
    U.S. Department of Justice, Criminal Division
    1400 New York Ave., NW, Suite 10100
    Washington, D.C. 20530