UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>Defendant. | No. 11 C 4175<br><br>Judge Matthew F. Kennelly |

### Declaration of Service

On this 18th day of April, 2012, I, Erich W. Krumrei Jr, a Special Agent of the Federal Bureau of Investigation, certify, pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to the following:

On or before July 19, 2011, I provided both English and Arabic language copies of the Verified Complaint for Forfeiture, the Arrest Warrant *in Rem*, and a Notice of Forfeiture to the Individual identified as Individual A in the Verified Complaint for Forfeiture in the above-referenced matter by means of electronic mail, facsimile and an international common carrier. On or about August 25, 2011, an individual representing himself to be Individual A contacted me to verify that he/she had received the aforementioned materials.

On about July 25, 2011, an official of the United States government provided both English and Arabic language copies of the Verified Complaint for Forfeiture, the Arrest Warrant

Exhibit A

*in Rem*, and a Notice of Forfeiture to a representative of the Kingdom of Saudi Arabia ("KSA") authorized to accept service of materials on behalf of individuals incarcerated within the KSA. The recipient of those materials assured the representative of the United States government that he/she was authorized to accept service of the subject materials and that those same materials would be routed through official government channels to the individuals identified in the Verified Complaint for forfeiture as Muhammad Abdallah Abdan Al Ghamdi (also known as "Al Tayyeb) and Mohammad Qasim Al Ghamdi, who the recipient confirmed were then incarcerated within the KSA.

                                                            Special Agent Erich W. Krumrei Jr
                                                            Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me this 18th day of April, 2012.

My Commission Expires June 29, 2015

_____
NOTARY PUBLIC

(Seal: ANNIE C. HOLLINGS, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 11 C 4175 |
| | ) | |
| All Funds on Deposit w/R.J. O'Brien & Associates.. | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 24, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 25, 2011 at Chicago, IL.

_____
Katie Miller
Contract Forfeiture Paralegal

Exhibit B

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
# COURT CASE NUMBER: 11 C 4175; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

> All funds on deposit with R.J. O'Brien & Associates, held in the name of Bridge Investment, S.L., bearing account numbers XXX-X3931 and XXX-X1784, maintained at Harris Bank, account number XXX-171-6(11-FBI-004452)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (June 24, 2011) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, and copies of each served upon Assistant United States Attorney Joel Hammerman, 219 South Dearborn, Room 500, Chicago, IL 60604, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 24, 2011 and July 23, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. All Funds on Deposit w/R.J. O'Brien & Associates..

**Court Case No:** 11 C 4175
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/24/2011 | 24.0 | Verified |
| 2 | 06/25/2011 | 24.0 | Verified |
| 3 | 06/26/2011 | 24.0 | Verified |
| 4 | 06/27/2011 | 24.0 | Verified |
| 5 | 06/28/2011 | 24.0 | Verified |
| 6 | 06/29/2011 | 24.0 | Verified |
| 7 | 06/30/2011 | 24.0 | Verified |
| 8 | 07/01/2011 | 24.0 | Verified |
| 9 | 07/02/2011 | 24.0 | Verified |
| 10 | 07/03/2011 | 24.0 | Verified |
| 11 | 07/04/2011 | 24.0 | Verified |
| 12 | 07/05/2011 | 24.0 | Verified |
| 13 | 07/06/2011 | 24.0 | Verified |
| 14 | 07/07/2011 | 24.0 | Verified |
| 15 | 07/08/2011 | 24.0 | Verified |
| 16 | 07/09/2011 | 24.0 | Verified |
| 17 | 07/10/2011 | 24.0 | Verified |
| 18 | 07/11/2011 | 24.0 | Verified |
| 19 | 07/12/2011 | 24.0 | Verified |
| 20 | 07/13/2011 | 24.0 | Verified |
| 21 | 07/14/2011 | 24.0 | Verified |
| 22 | 07/15/2011 | 24.0 | Verified |
| 23 | 07/16/2011 | 24.0 | Verified |
| 24 | 07/17/2011 | 24.0 | Verified |
| 25 | 07/18/2011 | 23.4 | Verified |
| 26 | 07/19/2011 | 23.9 | Verified |
| 27 | 07/20/2011 | 23.9 | Verified |
| 28 | 07/21/2011 | 23.9 | Verified |
| 29 | 07/22/2011 | 24.0 | Verified |
| 30 | 07/23/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.