UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL FUNDS ON DEPOSIT WITH R. J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6<br><br>    Defendants. | No. 11 C 4175<br><br>Judge Matthew F. Kennelly |

## DEFAULT DECREE OF FORFEITURE

This cause coming before the Court on the United States' motion for the entry of a default decree of forfeiture, and due notice having been given, and the Court having been fully advised in the premises, this Court finds as follows:

    1.    This *in rem* civil forfeiture case against all funds on deposit with R. J. O'Brien & Associates, held in the name of Bridge Investment, S.L., bearing account numbers XXX-X3931 and XXX-X1784, maintained at Harris Bank, account number XXX-171-6 (hereinafter, the "defendant funds"), was commenced on June 19, 2011 by the filing of a verified complaint for forfeiture.

    2.    On July 12, 2011, the Court issued a warrant of arrest *in rem* to be executed by the Federal Bureau of Investigation ("FBI") against the defendant funds. On July 12, 2011, an FBI special agent executed the warrant of arrest *in rem* and took custody of the defendant funds in the amount of $6,226,424.95.

3. Based on the verified complaint and the attached affidavit of Special Agent Erich Krumrei of the FBI, the United States has established that the foregoing funds:

    a. Constitute assets of an individual, entity and organization engaged in planning and perpetrating a federal crime of terrorism (as defined in Title 18, United States Code, Section 2332b(g)(5)) against the United States, citizens and residents of the United States, and their property;

    b. Constitute assets affording a person a source of influence over an entity and organization engaged in planning and perpetrating a federal crime of terrorism (as defined in Title 18, United States Code, Section 2332b(g)(5)) against the United States, citizens and residents of the United States, and their property; and

    c. Constitute assets of an individual, entity, and organization engaged in planning and perpetrating an act of international terrorism (as defined in Title 18, United States Code, Section 2331) against a foreign government;

and therefore are subject to forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(G)(i) and (iv).

4. The Court has stricken all prospective claimants' proposed claims to the defendant funds. The time for filing a claim, answer or other responsive pleading has since expired under applicable law. At present, there are no claims to the defendant funds.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

(a) A judgment of default is hereby entered against funds in the amount of $6,226,424.95 seized from R.J. O'Brien & Associates, held in the name of Bridge Investment, S.L., bearing account numbers XXX-X3931 and XXX-X1784;

(b) IT IS FURTHER ORDERED that all persons or entities claiming right, title or interest in the aforementioned defendant property are held in default;

(c) IT IS FURTHER ORDERED that the foregoing funds shall be disposed of by the United States according to law; and

(d) IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to take additional action and enter further orders as necessary to implement and enforce this order.

ENTERED:

DATED:_____

_____
MATTHEW F. KENNELLY
United States District Judge