UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX- X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>    Defendant. | No. 11 C 4175<br><br>Judge Matthew F. Kennelly |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The United States of America, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests a two week extension of time to file its response to the claimants' motion for leave to file amended claims in this case.

On April 18, 2012, the Court issued a minute order directing, *inter alia*, the government to file its response to the claimants' motion for leave to amend on or before May 25, 2012. The government respectfully requests an additional two weeks, until June 8, 2012, to file its response. Counsel for the claimants has stated that the claimants have no objection to the government's motion, but would request a corresponding extension of time, until June 29, 2012, to file their reply. The government submits that its request for an extension of time will enable it to file a thorough and thoughtful response to the claimants' motion. The

government apologizes for any inconvenience that a delay in submitting its response may cause the Court.

WHEREFORE, the United States respectfully requests an extension of time, until June 8, 2012, to file its response to the claimants' motion and that the Court provide the claimants corresponding extension of time, until June 29, 2012, to file their reply.

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> By: /s/ Joel Hammerman
> JOEL HAMMERMAN
> Assistant United States Attorney
> 219 South Dearborn, Room 500
> Chicago, Illinois 60604
> (312) 353-5300