UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No.  11 C 4175 |
| | ) | |
| | ) | Judge Matthew F. Kennelly |
| ALL FUNDS ON DEPOSIT WITH R.J. | ) | |
| O'BRIEN & ASSOCIATES, HELD IN | ) | |
| THE NAME OF BRIDGE | ) | |
| INVESTMENT, S.L., BEARING | ) | |
| ACCOUNT NUMBERS XXX-X3931 | ) | |
| AND XXX- X1784, MAINTAINED AT | ) | |
| HARRIS BANK, ACCOUNT NUMBER | ) | |
| XXX-171-6 | ) | |

## NOTICE OF MOTION

TO:  Defense Counsel of Record

PLEASE TAKE NOTICE that on May 29, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Hon. Matthew F. Kennelly, in the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **Government's Unopposed Motion for Extension of Time** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

Date: May 22, 2012           By:   s/Joel Hammerman
                                   JOEL HAMMERMAN
                                   Assistant United States Attorneys
                                   219 South Dearborn Street
                                   Chicago, Illinois 60604
                                   (312) 353-8881