**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | |
| v. | No. 1:11-CV-4175 |
| ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6, | Judge Matthew F. Kennelly |
| Defendant | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company Of New Jersey, Chubb Insurance Company Of Canada, Pacific Indemnity Company, Great Northern Insurance Company, American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, Great Lakes UK Insurance Company, And One Beacon Insurance Group ("Claimants") through their counsel, Cozen O'Connor, respectfully request a two week extension of time to file their reply to the United States' Opposition to Claimants' Motion for Leave to Amend their Verified Claims and Answers.

On May 25, 2012, the Court issued a minute order directing, *inter alia*, Claimants to file their reply to the government's response by June 29, 2012. Claimants respectfully request an additional two weeks, until July 13, 2012, to file their memorandum. Counsel for the government has stated that the government has no objection to Claimants' motion, but would request a corresponding extension of time to all other imposed deadlines. Claimants submit that the request for an extension of time will enable them to file a thorough and thoughtful reply to

the government's response. Claimants apologize for any inconvenience that a delay in submitting the reply may cause the Court.

WHEREFORE, Claimants respectfully request an extension of time, until July 13, 2012, to file their reply to the United States' Opposition to Claimants' Motion for Leave to Amend their Verified Claims and Answers and that the Court provide the government with a corresponding extension of time to all other imposed deadlines.

Dated: June 15, 2012

                              Respectfully submitted,

                              COZEN O'CONNOR

/s/ James I.Tarman, Jr._____
James I. Tarman, Jr., Esquire
Illinois State Bar # 06274360
Cozen O'Connor
333 West Wacker Drive
Chicago, IL 60606-1293
213-382-3100
jtarman@cozen.com

*Attorneys For Claimants, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company Of New Jersey, Chubb Insurance Company Of Canada, Pacific Indemnity Company, Great Northern Insurance Company, American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, Great Lakes UK Insurance Company, and One Beacon Insurance Group*