IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff<br><br>v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN<br>& ASSOCIATES, HELD IN THE NAME OF BRIDGE<br>INVESTMENT, S.L., BEARING ACCOUNT NUMBERS<br>XXX-X3931 AND XXX-X1784, MAINTAINED AT<br>HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>     Defendant | No. 1:11-CV-4175<br><br>Judge Matthew F. Kennelly |

## NOTICE OF MOTION

TO:     Counsel of Record

      PLEASE TAKE NOTICE that on June 26, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Matthew F. Kennelly, in the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **Claimants' Unopposed Motion for Extension of Time** in the above-captioned case, at which time and place you may appear if you see fit.

Dated: June 15, 2012

                                        Respectfully submitted,

                                        COZEN O'CONNOR

                                        /s/ James I. Tarman, Jr.
                                        James I. Tarman, Jr., Esquire
                                        Illinois State Bar # 06274360
                                        Cozen O'Connor
                                        333 West Wacker Drive
                                        Chicago, IL 60606-1293
                                        213-382-3100
                                        jtarman@cozen.com

                                        *Attorneys For Claimants, Vigilant Insurance*
                                        *Company, Chubb Custom Insurance Company,*
                                        *Chubb Indemnity Insurance Company, Federal*
                                        *Insurance Company, Chubb Insurance Company Of*

*New Jersey, Chubb Insurance Company Of Canada, Pacific Indemnity Company, Great Northern Insurance Company, American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, Great Lakes UK Insurance Company, and One Beacon Insurance Group*