# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

United States of America, Plaintiff
v.
All Funds on Deposit with R.J. O'Brien & Associates, Held in
the Name of Bridge Investment, S.L., Defendant

Case Number: 1:11-CV-4175

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Chubb Group of Companies
OneBeacon
American Alternative

| | |
|---|---|
| NAME (Type or print) <br> Joseph Scott Tarbutton | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ J. Scott Tarbutton | |
| FIRM <br> Cozen O'Connor | |
| STREET ADDRESS <br> 1900 Market Street | |
| CITY/STATE/ZIP <br> Philadelphia, PA 19103 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 215-665-7255 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |