IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

                       Plaintiff,

v.

ALL FUNDS ON DEPOSIT WITH R.J.      Case No. 1:11-CV-4175
O'BRIEN & ASSOCIATES, HELD IN THE
NAME OF BRIDGE INVESTMENT, S.L.,
BEARING ACCOUNT NUMBERS XXX-
X3931 AND XXX-X1784 MAINTAINED AT
HARRIS BANK, ACCOUNT NUMBER
XXX-171-6,

                       Defendant.

## AMENDED VERIFIED CLAIM OF AMERICAN ALTERNATIVE INSURANCE COMPANY, THE PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY, AND GREAT LAKES UK INSURANCE COMPANY

By and through its attorneys, Cozen O'Connor, and in accordance with the Court's Memorandum Opinion and Order of September 25, 2012, American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company and Great Lakes UK Insurance Company hereby submits its Amended Verified Claim against the funds and assets which are the subject of the above captioned forfeiture action.

Of Counsel:

Stephen A. Cozen, Equire
PA Bar #03492
Sean P. Carter, Esquire
PA Bar #78886
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2020
scozen@cozen.com
scarter1@cozen.com
*ATTORNEYS FOR AMERICAN
ALTERNATIVE INSURANCE COMPANY,
THE PRINCETON EXCESS & SURPLUS
LINES INSURANCE COMPANY AND GREAT
LAKES UK INSURANCE COMPANY*

Respectfully submitted,

COZEN O'CONNOR

*/s/ James I. Tarman, Jr.*
James I. Tarman, Jr., Esquire
Illinois Bar #06274360
Cozen O'Connor
333 West Wacker Drive
Chicago, IL 60606-1293
312-382-3100
jtarman@cozen.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff<br><br>      v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN<br>& ASSOCIATES, HELD IN THE NAME OF BRIDGE<br>INVESTMENT, S.L., BEARING ACCOUNT NUMBERS<br>XXX-X3931 AND XXX-X1784, MAINTAINED AT<br>HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>      Defendant | No. 1:11-CV-4175<br><br>Judge Matthew F. Kennelly |

**AMENDED VERIFIED CLAIM OF AMERICAN ALTERNATIVE INSURANCE
COMPANY, THE PRINCETON EXCESS & SURPLUS LINES INSURANCE
COMPANY, AND GREAT LAKES UK INSURANCE COMPANY**

I, Thomas J. Toth, submit this Amended Verified Claim on behalf of American Alternative Insurance Company, the Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company (hereinafter "AAIC, PESLIC and GLUK"). Having been duly sworn according to law, I depose and say the following in support of this Amended Verified Claim:

    1.    I am Vice President of Property Claims and an officer of Munich Reinsurance America, Inc. ( hereinafter "MRAm") (formerly known as American Reinsurance Company). I am also an officer of American Alternative Insurance Company and The Princeton Excess and Surplus Lines Insurance Company. MRAm, American Alternative Insurance Company and The Princeton Excess and Surplus Lines Insurance Company are insurance companies domiciled in Delaware and are wholly-owned subsidiaries of Munich Re America Corporation ( hereinafter "MRAC"), a Delaware corporation. MRAC is ultimately owned by Munich Reinsurance Company (hereinafter "MRC"), a German corporation. MRC also owns Great Lakes Reinsurance (UK) Limited, a United Kingdom corporation. Pursuant to an underwriting

management agreement between MRAm and Great Lakes Reinsurance (UK) Limited, MRAm has issued certain surplus lines insurance policies on behalf of Great Lakes Reinsurance (UK) Limited in the United States, and handles claims on such policies.

2.     As an Officer of AAIC and PESLIC, and as an Officer of MRAm, writing on behalf of GLUK, I have been authorized to execute this Affidavit on behalf of AAIC, PESLIC and GLUK.

3.     AAIC, PESLIC and GLUK submit this Amended Verified Claim to assert their interests in the funds and assets which are the subject of this forfeiture action, including in particular all funds on deposit with R.J. O'Brien & Associates, held in the name of Bridge Investments, S.L., bearing account numbers XXX-X3931 and XXX-X1784, maintained at Harris Bank under account number XXX-171-6 (hereinafter "Defendant Funds"). According to the Complaint filed by the Department of Justice, Defendant Funds consist of assets of the al Qaeda terrorist organization, and/or of known al Qaeda associates.

4.     In connection with the preparation of this Verified Claim, I have undertaken a review of the records of AAIC, PESLIC and GLUK necessary to determine that AAIC, PESLIC and GLUK provided property, business interruption and related insurance coverage to numerous corporations, companies, partnerships, affiliations, persons, trusts and other parties ("policyholders and insureds") who suffered injuries, losses and damages as a result of the September 11, 2001 terrorist attacks upon the United States (hereinafter "the September 11th Attacks"). Based on my review of the records of AAIC, PESLIC and GLUK, I have further confirmed that insurance claims were submitted to AAIC, PESLIC and GLUK by their policyholders and insureds for damages and injuries resulting from the September 11th Attacks,

and that payments were made by AAIC, PESLIC and GLUK to their insureds in compensation for these losses.

5.      Based on my review of the records of AAIC, PESLIC and GLUK, and information I have also received in my capacity as an officer of AAIC, PESLIC and MRAm, I have knowledge concerning the insurance claims submitted to AAIC, PESLIC and GLUK by their policyholders and insureds for the damages, losses and injuries resulting from the September 11th Attacks, the adjustment and subsequent payments made by AAIC, PESLIC and GLUK in compensation for these submitted claims, and efforts undertaken by AAIC, PESLIC and GLUK to recover amounts paid to their insureds for losses and injuries resulting from the September 11th Attacks from responsible third-party tortfeasors, including the al Qaeda terrorist organization.

6.      Based on my review of the records of AAIC, PESLIC and GLUK, I have confirmed that AAIC, PESLIC and GLUK have made aggregate payments in an amount in excess of $107,230,501.59 in compensation for property, business interruption and related damages resulting from the September 11th Attacks, pursuant to the terms of applicable polices of insurance.  AAIC, PESLIC and GLUK would not have made these payments and suffered these losses, nor would their insureds and policyholders have suffered these losses, but for the September 11th Attacks.

7.      More specifically, AAIC, PESLIC and GLUK have made payments to policyholders and insureds as a result of the September 11th Attacks in the following amounts:

| | |
|---|---|
| American Alternative Insurance Company | $  3,922,782.07 |
| Princeton Excess and Surplus Lines Insurance Company | $  3,796,292.50 |

3

Great Lakes UK Reinsurance Company        $ 99,511,427.02

8.      AAIC, PESLIC and GLUK also suffered losses in relation to the September 11th

Attacks as a result of the need to incur costs in the claims adjustment process relative to the

claims submitted by their insureds for injuries suffered as a result of the Attacks. The costs

incurred by AAIC, PESLIC and GLUK in relation to the claims adjustment process exceed

$810,805.43 as of this date.

9.      AAIC, PESLIC and GLUK also suffered losses in relation to the September 11th

Attacks as a result of the need to incur legal expenses in the claims adjustment process. These

expenses involved the fees charged by counsel retained to advise and assist us in fairly and fully

responding to our obligations under the policies of insurance and to resolve questions of policy

coverage consistent with the law and our policy obligations. The legal expenses incurred by

AAIC, PESLIC and GLUK total $299,891.05 to date, and they would not have suffered these

losses but for the September 11th Attacks.

10.     On September 10, 2003, AAIC, PESLIC and GLUK and several other insurance

groups filed suit against, among others, the al Qaeda terrorist organization in the United States

District Court for the Southern District of New York, seeking reimbursement for all losses and

costs incurred as a result of the September 11th Attacks. The caption for the lawsuit brought by

AAIC, PESLIC and GLUK against al Qaeda is *Federal Insurance Company v. Al Qaida, et al.,*

03 CV 06978.

11.     On March 10, 2004, the Court consolidated the *Federal Insurance* Plaintiffs' case

with several other actions arising from the September 11th Attacks, which had been previously

transferred and/or consolidated before the Honorable Richard Conway Casey of the United

4

States District Court for the Southern District of New York by the Judicial Panel on Multi-

District Litigation, for consolidated pre-trial proceedings under the caption *In Re: Terrorist*

*Attacks Upon the United States*, 03-MDL-1570 (hereinafter the "*Terrorist Attacks* MDL").

12.     On April 7, 2006, Judge Casey entered default judgments as to liability against al

Qaeda and in favor of AAIC, PESLIC and GLUK.  A copy of the Order entering default

judgments in favor of AAIC, PESLIC and GLUK and against al Qaeda is attached hereto as

Exhibit "A."

13.     On February 13, 2007, AAIC, PESLIC and GLUK and other plaintiffs in the

*Federal Insurance* action filed a Motion for Assessment of Damages Against Defaulting

Defendants, through which they sought to set the monetary value of their default judgments

against al Qaeda.

14.     On July 13, 2011, Judge George B. Daniels, who assumed management of the

*Terrorist Attacks* MDL following Judge Casey's death, referred the Motion for Assessment of

Damages to Magistrate Judge Frank Maas for a damages inquest.

15.     On October 14, 2011, Magistrate Judge Maas issued a Report and

Recommendation concerning the Motion for Assessment of Damages, through which he

recommended that judgment be entered in favor of AAIC, PESLIC and GLUK and against al

Qaeda for *compensatory* damages in the aggregate amount of $107,320,501.59.  In accordance

with the mandatory treble damages provisions of the Anti-terrorism Act, 18 U.S.C. § 2333 et

seq., Magistrate Judge Maas further recommended that the compensatory damage award in favor

of AAIC, PESLIC and GLUK be trebled, and thus recommended a final aggregate award in

favor of AAIC, PESLIC and GLUK in the amount of $321,691,504.77. A copy of the Report and Recommendation is attached hereto as Exhibit "B."

16.     On December 16, 2011, Judge Daniels formally adopted the Report and Recommendation in its entirety, and issued an Order that judgment be entered in favor of AAIC, PESLIC and GLUK as follows:

| American Alternative Insurance Company | 11,768,346.21 |
| The Princeton Excess & Surplus Lines Insurance Company | 11,388,877.50 |
| Great Lakes Reinsurance (UK) Limited | 298,534,281.06 |

A copy of Judge Daniels' December 16, 2011 Order is attached hereto as Exhibit "C."

17.     On December 22, 2011, the Clerk of Court of the United States District Court for the Southern District of New York entered judgment in favor of AAIC, PESLIC and GLUK and against al Qaeda in accordance with Judge Daniels' December 16, 2011 Order. A copy of the Judgment is attached hereto as Exhibit "D."

18.     On January 10, 2012, Judge Daniels issued an Order directing that the judgment in favor of AAIC, PESLIC and GLUK and against al Qaeda be made final pursuant to Fed. R. Civ. P. 54(b). A copy of the January 10, 2012 Order is attached hereto as Exhibit "E."

19.     On January 25, 2012, the Clerk of Court of the United States District Court for the Southern District of New York entered final judgment in favor of AAIC, PESLIC and GLUK and against al Qaeda in accordance with Judge Daniels' January 10, 2012 Order. A copy of the Final Judgment is attached hereto as Exhibit "F."

20.   In light of their final judgments against al Qaeda, as well as al Qaeda's acknowledged responsibility for carrying out the September 11th Attacks, AAIC, PESLIC and GLUK have a legal interest in all funds and assets which are the subject of this forfeiture action, are entitled to execute against those funds in satisfaction of their judgments pursuant to § 201 of the Terrorism Risk Insurance Act, and submit this Amended Verified Claim for purposes of making claim to those assets.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed this ___1___ day of ____October____, 2012.

Thomas J. Toth, on behalf of
American Alternative Insurance Company, the
Princeton Excess & Surplus Lines Insurance
Company, and Great Lakes UK Insurance Company

PHILADELPHIA\6320160\1 117430.000

7