Exhibit "A"

Case 1:03-md-01570-GBD-FM Document 1755 Filed 04/07/06 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to: Federal Insurance Co. v. al Qaida, 03-CV-6978 (RCC)*

*This document is filed on behalf of those Plaintiffs in the above-referenced case seeking liquidated damages for property, business interruption, and other economic losses as a result of the September 11, 2001 Attack. Those Plaintiffs are identified in Exhibit A attached hereto.*

### DEFAULT JUDGMENT

This action having been commenced on September 10, 2003 by the filing of the Summons and Complaint, the First Amended Complaint and Summons were filed on March 10, 2004, defendants listed in Exhibit B were served with a copy of the First Amended Complaint and Summons in the manner described, proofs of such service thereof were filed on the dates identified in Exhibit B, the defendants not having answered the First Amended Complaint, and the time for answering the First Amended Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs identified in Exhibit A as seeking liquidated damages for property, business interruption, and other economic losses as a result of the September 11, 2001 Attack have judgment against the defendants listed in Exhibit B in an amount to be determined at a hearing.

[Struck through: have judgment against the defendants listed in Exhibit B, in the liquidated amount of $4,992,570,314.39, multiplied by three for treble damages under the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333 et seq., equaling $14,977,710,943.17, with interest at 9% from September 11, 2001 amounting to $5,458,452,355.25, plus costs and disbursements of this action in the amount of $30,575.51, amounting in all to $20,436,193,873.93.]

Dated: New York, New York
    ~~September ___, 2005~~
    April 7, 2006

_____
U.S.D.J.

This document was entered on the docket on _____.