| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>　　　　Defendant. | No. 11 C 4175<br><br>Judge Matthew F. Kennelly |

# NOTICE OF MOTION

To:　Counsel of Record

　　　PLEASE TAKE NOTICE that on Friday, December 7, 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Matthew F. Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge who may be sitting in his place and stead, and then and there present the following government motions:

　　R. 100:　Motion of the United States to Certify Interlocutory Appeal;

　　R. 101:　Motion of the United States For Leave to File Brief in Excess of 15 pages; and

　　R. 103:　Motion of the United States to Strike Rule 26(A) Disclosure Order.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　GARY S. SHAPIRO
　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　By:　s/ Joel Hammerman　　　/
　　　　　　　　　　　　　　　JOEL HAMMERMAN
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　219 South Dearborn, Room 500
　　　　　　　　　　　　　　　Chicago, Illinois 60604

        JAIKUMAR RAMASWAMY
        Chief, Asset Forfeiture and Money Laundering Section

By:  s/ Kondi Kleinman       /
      KONDI KLEINMAN
      JENNIFER AMBUEHL
      Trial Attorneys
      U.S. Department of Justice, Criminal Division
      1400 New York Ave., NW, Suite 10100
      Washington, D.C. 20530