**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff | |
|     v. | No. 1:11-CV-4175 |
| ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6, | Judge Matthew F. Kennelly |
|     Defendant | |

TO:    ECF Filers

**NOTICE OF MOTION**

On **Thursday, May 9, 2013,** at **9:30 A.M.** at the opening of court or as soon as thereafter as counsel may be heard, I will appear before **Judge Kennelly** in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and present **CLAIMANTS' MOTION FOR SUMMARY JUDGMENT** and **UNOPPOSED MOTION FOR EXTENSION OF THE PAGE LIMIT** in the above-captioned case, at which time and place you may appear if you see fit.

                                            Respectfully submitted,

                                            COZEN O'CONNOR

| | |
|---|---|
| Sean P. Carter, Esquire | /s/ James I. Tarman, Jr. |
| PA Bar No. 78886 | James I. Tarman, Jr., Esquire |
| Stephen A. Miller, Esquire | Illinois State Bar No. 06274360 |
| PA Bar No. 308590 | Cozen O'Connor |
| Cozen O'Connor | 333 West Wacker Drive |
| 1900 Market Street | Chicago, IL 60606-1293 |
| Philadelphia, PA 19103 | 312-382-3100 |
| 215-665-2020 | jtarman@cozen.com |
| scarter1@cozen.com | |
| samiller@cozen.com | *Attorneys for Claimants* |
| | Vigilant Insurance Company, Chubb Custom |
| | Insurance Company, Chubb Indemnity Insurance |

                Company, Federal Insurance Company, Chubb Insurance Company Of New Jersey, Chubb Insurance Company Of Canada, Pacific Indemnity Company, Great Northern Insurance Company, American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, Great Lakes UK Insurance Company, and One Beacon Insurance Group

## CERTIFICATE OF SERVICE

 I, James I. Tarman, Jr., an attorney, hereby certify that I caused a copy of the foregoing to be served upon the attorneys listed below via the Court's electronic filing system on this 14th day of March, 2013.

 Brian Thomas Frutig bfrutig@motleyrice.com

 Jerry S. Goldman jgoldman@andersonkill.com

 Andrew J. Maloney amaloney@kreindler.com

 Timothy S. Tomasik tst@cliffordlaw.com jmreasor@cliffordlaw.com

 Joel M. Hammerman joel.hammerman@usdoj.gov, catherine.miller@usdoj.gov jean.weld@usdoj.gov kondi.kleinman@usdoj.gov christine.rekash@usdoj.gov usailn.ecfausa@usdoj.gov frederick.reynolds@usdoj.gov

                _/s/ James I. Tarman, Jr._