# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | |
| v. | No. 1:11-CV-4175 |
| ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6, | Judge Matthew F. Kennelly |
| Defendant | |

## CLAIMANTS' UNOPPOSED MOTION TO FILE BRIEF IN EXCESS OF 15 PAGES

Claimants, by their attorneys, respectfully move the Court pursuant to Local Rule 7.1 to file a brief in excess of fifteen pages in support of its Motion for Summary Judgment. Claimants request thirty-five (35) pages to present their memorandum. The United States Government does not object to this motion, but requests a comparable extension to file its response.

Respectfully submitted,

COZEN O'CONNOR

Sean P. Carter, Esquire
PA Bar No. 78886
Stephen A. Miller, Esquire
PA Bar No. 308590
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2020
scarter1@cozen.com
samiller@cozen.com

/s/ James I. Tarman, Jr.
James I. Tarman, Jr., Esquire
Illinois State Bar No. 06274360
Cozen O'Connor
333 West Wacker Drive
Chicago, IL 60606-1293
312-382-3100
jtarman@cozen.com

*Attorneys for Claimants*