# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

United States of America

                                                                           Plaintiff,

v.                                                                        Case No.: 1:11−cv−04175

                                                                        Honorable Matthew F. Kennelly

All funds on deposit with R.J. O'Brien & Associates, held in the name of Bridge Investment, S.L., bearing account numbers XXX−X3931 and XXX−X1784, maintained at Harris Bank account number XXX−171

                                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 1, 2013:

      MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held with government's counsel in person and claimant's counsel by telephone. Claimants' current motion for summary judgment is terminated [120]. Claimants' amended and renewed motion for summary judgment is to be filed by 4/22/13; the government's response and cross−motion is to be filed by 6/3/13; claimants' reply / response is to be filed by 6/24/13; and the government's response on its cross−motion is to be filed by 7/8/13.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.