IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN<br>& ASSOCIATES, HELD IN THE NAME OF BRIDGE<br>INVESTMENT, S.L., BEARING ACCOUNT NUMBERS<br>XXX-X3931 AND XXX-X1784, MAINTAINED AT<br>HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>　　　　Defendant | No. 1:11-CV-4175<br><br>Judge Matthew F. Kennelly |

## JOINT AND UNCONTESTED MOTION TO EXTEND
## SUMMARY JUDGMENT BRIEFING SCHEDULE

　　Claimants and Plaintiff, the United States Government, by and through their undersigned counsel, hereby jointly move the Court to extend the summary judgment briefing schedule set forth in the Court's April 1, 2013 minute entry. In support of this request, Claimants and the United States aver as follows:

　　1.　　Following the Court's Rule 16(b) status hearing held on March 18, 2013, Claimants prepared a proposed factual stipulation to submit in connection with the amended and renewed motion for summary judgment.

　　2.　　Claimants submitted a draft of the proposed stipulation of facts to the United States Government for consideration on March 27, 2013.

　　3.　　Claimants and the counsel for the United States have discussed and negotiated essential terms of the proposed stipulation of facts in subsequent e-mail and telephonic communications.

4. Due to urgent commitments in another matter, the United States has not finalized its edits to and/or secured the requisite approval for the stipulation of facts, without which Claimants are unable to file their renewed motion for summary judgment.

5. Counsel for the United States has proposed a brief extension to the dates set forth in the summary judgment briefing schedule to allow the government to complete that process.

6. Based on the parties' agreement, Claimants and the United States Government jointly request that the Court extend the parties' summary judgment briefing schedule one week, such that Claimants' amended and renewed motion for summary judgment is to be filed by April 29, 2013; the Government's response and cross-motion is to be filed by June 10, 2013; Claimants' reply/response is to be filed by July 1, 2013; and the Government's response on its cross-motion is to be filed by July 15, 2013.

WHEREFORE, Claimants and the United States respectfully request that the Court grant this Joint Motion and enter an order setting the above schedule.

Dated: April 18, 2013

Respectfully submitted,

| | |
|---|---|
| GARY S. SHAPIRO<br>United States Attorney | COZEN O'CONNOR |
| __/s/ Joel M. Hammerman_____<br>Joel Hammerman<br>Assistant United States Attorney<br>219 South Dearborn Street<br>Room 500<br>Chicago, Illinois 60604 | _/s/ James I. Tarman, Jr.____<br>James I. Tarman, Jr., Esquire<br>Illinois State Bar No. 06274360<br>333 West Wacker Drive<br>Chicago, IL 60606-1293<br>312-382-3100<br>jtarman@cozen.com<br><br>Sean P. Carter, Esquire<br>PA Bar No. 78886 |

3

Stephen A. Miller, Esquire
PA Bar No. 308590
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
215.665.2020
scarter1@cozen.com
samiller@cozen.com

*Attorney of Claimants*

**APPROVED AND SO ORDERED:**

_____