UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

United States of America

                  Plaintiff,

v.

Case No.: 1:11−cv−04175

Honorable Matthew F. Kennelly

All funds on deposit with R.J. O'Brien & Associates, held in the name of Bridge Investment, S.L., bearing account numbers XXX−X3931 and XXX−X1784, maintained at Harris Bank account number XXX−171

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, April 21, 2013:

      MINUTE entry before Honorable Matthew F. Kennelly: Joint and uncontested motion for extension of time [123] is granted. The deadline for filing claimants' amended and renewed motion for summary judgment is extended to 4/29/13; the deadline for the government's response and cross−motion is to be filed by 6/10/13; the deadline for claimants' reply/response is to be filed by 7/1/13; and the deadline for government's response on the cross−motion is to be filed by 7/15/13. <u>Counsel are advised that no part of this schedule will be extended again for any reason.</u> The motion hearing date of 4/23/2013 is vacated. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.