IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>    Defendant | No. 1:11-CV-4175<br><br>Judge Matthew F. Kennelly |

## **CLAIMANTS' UNOPPOSED MOTION TO FILE BRIEF IN EXCESS OF 15 PAGES**

Claimants, by their attorneys, respectfully move the Court pursuant to Local Rule 7.1 to file a brief in excess of fifteen pages in support of its Motion for Summary Judgment. Claimants request thirty-five (35) pages to present their memorandum. The United States Government does not object to this motion, but requests a comparable extension to file its response.

                                    Respectfully submitted,

                                    COZEN O'CONNOR

| | |
|---|---|
| Sean P. Carter, Esquire<br>PA Bar No. 78886<br>Stephen A. Miller, Esquire<br>PA Bar No. 308590<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>215-665-2020<br>scarter1@cozen.com<br>samiller@cozen.com |  /s/  *James I. Tarman, Jr.*<br>James I. Tarman, Jr., Esquire<br>Illinois State Bar No. 06274360<br>Cozen O'Connor<br>333 West Wacker Drive<br>Chicago, IL 60606-1293<br>312-382-3100<br>jtarman@cozen.com<br><br>*Attorneys for Claimants* |