IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>    Defendant | No. 1:11-CV-4175<br><br>Judge Matthew F. Kennelly |

## MOTION FOR SUMMARY JUDGMENT

    NOW COME Claimants, by their attorneys, move for summary judgment in their favor. In support thereof, Claimants submit herewith the parties' Stipulation of Undisputed Facts, Claimants' Statement of Material Facts in Support of Their Motion for Summary Judgment, and Memorandum of Law in Support of Their Motion for Summary Judgment.

    WHEREFORE, Claimants respectfully request that this Honorable Court: (1) grant judgment in Claimants' favor and against the Government; (2) enter an order directing the U.S. Marshals Service to distribute the funds to Claimants; and (3) grant all other relief that the Court deems just and equitable.

                                        Respectfully submitted,

                                        COZEN O'CONNOR

| | |
|---|---|
| Sean P. Carter, Esquire<br>PA Bar No. 78886<br>Stephen A. Miller, Esquire | */s/ James I. Tarman, Jr.*<br>James I. Tarman, Jr., Esquire<br>Illinois State Bar No. 06274360 |

| | |
|---|---|
| PA Bar No. 308590 | Cozen O'Connor |
| Cozen O'Connor | 333 West Wacker Drive |
| 1900 Market Street | Chicago, IL 60606-1293 |
| Philadelphia, PA 19103 | 312-382-3100 |
| 215-665-2020 | jtarman@cozen.com |
| scarter1@cozen.com | |
| samiller@cozen.com | *Attorneys for Claimants* |