# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | |
| v. | No. 1:11-CV-4175 |
| ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6, | Judge Matthew F. Kennelly |
| Defendant | |

TO: ECF Filers

## NOTICE OF MOTION

On **Tuesday, July 30, 2013,** at **9:30 A.M.** at the opening of court or as soon as thereafter as counsel may be heard, I will appear before **Judge Kennelly** in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and present **CLAIMANTS' MOTION FOR SUMMARY JUDGMENT and UNOPPOSED MOTION FOR EXTENSION OF THE PAGE LIMIT** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

COZEN O'CONNOR

| | |
|---|---|
| Sean P. Carter, Esquire | */s/ James I. Tarman, Jr.* |
| PA Bar No. 78886 | James I. Tarman, Jr., Esquire |
| Stephen A. Miller, Esquire | Illinois State Bar No. 06274360 |
| PA Bar No. 308590 | Cozen O'Connor |
| Cozen O'Connor | 333 West Wacker Drive |
| 1900 Market Street | Chicago, IL 60606-1293 |
| Philadelphia, PA 19103 | 312-382-3100 |
| 215-665-2020 | jtarman@cozen.com |
| scarter1@cozen.com | |
| samiller@cozen.com | *Attorneys for Claimants* |

LEGAL\16079743\1