UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 11 C 4175 |
| | Judge Matthew F. Kennelly |
| ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6, | |
| Defendant. | |

—————————————————————

| | |
|---|---|
| ART INSURANCE COMPANY, et al | |
| Plaintiffs, | |
| v. | No. 12 C 1346 |
| | Judge Matthew F. Kennelly |
| AL QAEDA, | |
| Defendant. | |

## GOVERNMENT'S UNOPPOSED MOTION TO FILE BRIEF IN EXCESS OF 15 PAGES

The United States, by and through its undersigned attorneys, respectfully moves this Court pursuant to Local Rule 7.1 to file a *Memorandum in Support of its Motion for Summary Judgment and in Opposition to Claimants' and Plaintiffs' Motions for Summary Judgment* that exceeds fifteen pages. The government requests fifty pages to present its memorandum. The claimants and plaintiffs, who have no objection to the government's motion, have already filed

briefs that, in aggregate, are fifty pages. The government's proposed memorandum not only responds to those pleadings, but is offered in support of its own motion for summary judgment.

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By: s/ Joel Hammerman          /
JOEL HAMMERMAN
Assistant United States Attorney
219 South Dearborn, Room 500
Chicago, Illinois 60604

JAIKUMAR RAMASWAMY
Chief, Asset Forfeiture and Money Laundering
Section

By: s/ Jennifer Ambuehl        /
JENNIFER AMBUEHL
Trial Attorney
U.S. Department of Justice, Criminal Division
1400 New York Ave., NW, Suite 10100
Washington, D.C. 20530