UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>    Defendant. | No. 11 C 4175<br><br>Judge Matthew F. Kennelly |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States, by its attorneys, hereby moves the Court pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Rule G(8)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions for summary judgment, requesting that the Court: (A) strike the Verified Amended Claims filed by (1) Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company of New Jersey, Chubb Insurance Company of Canada, Pacific Indemnity Company, and Great Northern Insurance Company, R. 96; (2) American Alternative Insurance Company, the Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, R. 98; and (3) OneBeacon Insurance Group, R. 97, in this matter; and (B) order that the defendant funds are subject to forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(G)(i) and (iv). In support of its

motion, the government incorporates herein by reference the *United States' Memorandum in Support of its Motion for Summary Judgment and in Opposition to Claimants' and Plaintiffs' Motions for Summary Judgment,* and the *United States' Local Rule 56.1 Statement of Material Facts*, copies of which are filed herewith.

        Respectfully submitted,

        GARY S. SHAPIRO
        United States Attorney

By:  s/ Joel Hammerman  /
        JOEL HAMMERMAN
        Assistant United States Attorney
        219 South Dearborn, Room 500
        Chicago, Illinois 60604

        JAIKUMAR RAMASWAMY
        Chief, Asset Forfeiture and Money Laundering Section

By:  s/ Jennifer Ambuehl  /
        JENNIFER AMBUEHL
        Trial Attorney
        U.S. Department of Justice, Criminal Division
        1400 New York Ave., NW, Suite 10100
        Washington, D.C. 20530