UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>    Defendant.<br>_____<br><br>ART INSURANCE COMPANY, et al<br><br>    Plaintiffs,<br><br>    v.<br><br>AL QAEDA,<br><br>    Defendant. | No. 11 C 4175<br><br>Judge Matthew F. Kennelly<br><br><br><br><br><br><br><br><br><br><br>No. 12 C 1346<br><br>Judge Matthew F. Kennelly |

GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL
BRIEFING AND FOR AN EXTENSION BASED ON NEW AUTHORITY

    The United States, by and through its undersigned attorneys, respectfully moves this Court for leave to file a supplemental brief addressing the Fifth Circuit's decision in *United States v. Holy Land Foundation for Relief and Development,* No. 11-10535, 2013 WL 3197161 (5th Cir. Jun. 25, 2013), which reversed the district court's decision in *United States v. Holy Land Foundation for Relief and Development*, No. 3:04-CR-240, 2011 WL 3703333 (N.D. Tex. Aug. 19, 2011), *amending*, 2011 WL 1626597 (N.D. Tex. Apr. 27, 2011). The government recognizes that the Court previously advised counsel that the briefing schedule for the parties' motions for summary

judgment would not be extended. *See* D.E. No. 125. The government, however, submits that additional briefing addressing the Fifth Circuit's recent opinion will aid the Court. The Court cited the now-overturned *Holy Land* decision in its September 25, 2012 *Memorandum Opinion and Order* and the case was relied upon by the claimants and plaintiffs in their recently-filed summary judgment memoranda. Moreover, the Fifth Circuit's opinion addresses a number of the legal issues raised by the parties' cross-motions for summary judgment.

The government therefore requests the opportunity to address the import of the Fifth Circuit's decision and to do so prior to the date on which the claimants and plaintiffs are scheduled to respond to the government's summary judgment submission. Accordingly, the government requests leave to file a supplemental brief on or by July 8, 2013, that the claimants and plaintiffs receive an extension to file a reply/response (which is currently due on July 1, 2013) to July 15, 2013, and that the government's reply in support of its motion be extended to July 29, 2013. The claimants/plaintiffs do not object to the government's request.

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By: s/ Joel Hammerman         /
JOEL HAMMERMAN
Assistant United States Attorney
219 South Dearborn, Room 500
Chicago, Illinois 60604

JAIKUMAR RAMASWAMY
Chief, Asset Forfeiture and Money Laundering Section

By: s/ Jennifer Ambuehl       /
JENNIFER AMBUEHL
Trial Attorney
U.S. Department of Justice, Criminal Division
1400 New York Ave., NW, Suite 10100
Washington, D.C. 20530