UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | No. 11 C 4175 |
| | : | |
| v. | : | Judge Matthew F. Kennelly |
| | : | |
| ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6, | : : : : : : : | |
| | : | |
| Defendant. | : | |

_____

**Claimants' Response to the United States' Local Rule 56.1 Statement of Material Facts**

Claimants, by and through their undersigned attorneys, hereby submit their Response to the United States' Statement of Material Facts pursuant to Local Rule 56.1(b)(3).

1. Plaintiff is the United States of America. R. 1.

**Response:** Undisputed.

2. The defendant funds are approximately $6,226,424.95, which constitutes the assets that were previously held on deposit at R.J. O'Brien & Associates, in the name of Bridge Investment, S.L., bearing account numbers XXX-X3931 and XXX-X7184, and seized from Harris Bank account number XXX-171-6. R. 1, 8; S.F. ¶ 9, 21.

**Response:** Undisputed.

3. The claimants in this action are three groups of property insurers: (1) OneBeacon Insurance Group; (2) American Alternative Insurance Company, the Princeton Excess & Surplus

Lines Insurance Company, and Great Lakes UK Insurance Company; and (3) Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company of New Jersey, Chubb Insurance Company of Canada, Pacific Indemnity Company, and Great Northern Insurance Company. R. 129 n.1, 96, 97, 98.

**Response:** Undisputed.

4. This proceeding was commenced by the United States of America. R. 1-2.

**Response:** Undisputed.

5. This is a civil forfeiture proceeding brought pursuant to 18 U.S.C. § 981(a)(1)(G)(i) & (iv). R. 1.

**Response:** Undisputed.

6. At the time the government filed its verified complaint for forfeiture, the defendant funds were located within this judicial district. R. 1 ¶ 4, 8, 128 ¶ 14.

**Response:** Undisputed.

7. The Stipulation of Undisputed Facts, R. 129, which is attached hereto as Exhibit A, is hereby incorporated by reference as if fully set forth herein.

**Response:** Response not required.

                                                  Respectfully submitted,

                                                  COZEN O'CONNOR

Sean P. Carter, Esquire                     */s/ James I. Tarman, Jr.*
PA Bar No. 78886                          James I. Tarman, Jr., Esquire
Stephen A. Miller, Esquire                  Illinois State Bar No. 06274360

PA Bar No. 308590  
Cozen O'Connor  
1900 Market Street  
Philadelphia, PA 19103  
215-665-2020  
scarter1@cozen.com  
samiller@cozen.com  

Cozen O'Connor  
333 West Wacker Drive  
Chicago, IL 60606-1293  
312-382-3100  
jtarman@cozen.com  

*Attorneys for Claimants*