UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>    Defendant. | No. 11 C 4175<br><br>Judge Matthew F. Kennelly |

## GOVERNMENT'S UNOPPOSED MOTION TO FILE BRIEF IN EXCESS OF 15 PAGES

The UNITED STATES OF AMERICA, by its attorney, GARY S. SHAPIRO, United States Attorney for the Northern District of Illinois, respectfully moves this Court pursuant to Local Rule 7.1 to file a *Reply in Support of its Motion for Summary Judgment* that exceeds fifteen pages. The government requests an additional page – for a total of sixteen pages – to present its reply to the *Claimants' Memorandum of Law in Support of Their Motion for Summary Judgment and in Opposition to the United States' Motion for Summary Judgment*, R. 141, which was over thirty pages in length. Moreover, the government's reply addresses a number of new appellate court decisions. Claimants have advised the government that they have no objection to this motion.

                                        Respectfully submitted,

                                        GARY S. SHAPIRO
                                        United States Attorney

By:  s/ Joel Hammerman     /
       JOEL HAMMERMAN
       Assistant United States Attorney
       219 South Dearborn, Room 500
       Chicago, Illinois 60604