**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | |
| v. | No. 1:11-CV-4175 |
| ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6, | Judge Matthew F. Kennelly |
| Defendant | |

TO: ECF Filers

## RE-NOTICE OF MOTION

On **Wednesday, July 31, 2013,** at **9:30 A.M.** at the opening of court or as soon as thereafter as counsel may be heard, I will appear before **Judge Kennelly** in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and present **CLAIMANTS' MOTION FOR SUMMARY JUDGMENT and UNOPPOSED MOTION FOR EXTENSION OF THE PAGE LIMIT** in the above-captioned case, at which time and place you may appear if you see fit.

These motions were originally noticed for presentment on July 30, 2013, but are being re-noticed for July 31, 2013 with the consent of all parties and after conferring with the Court. The United States' cross motion for summary judgment in these matters is already set for presentment on July 31, 2013.

Respectfully submitted,

COZEN O'CONNOR

| | |
|---|---|
| Sean P. Carter, Esquire | /s/ James I. Tarman, Jr. |
| PA Bar No. 78886 | James I. Tarman, Jr., Esquire |
| Stephen A. Miller, Esquire | Illinois State Bar No. 06274360 |
| PA Bar No. 308590 | Cozen O'Connor |
| Cozen O'Connor | 333 West Wacker Drive |
| 1900 Market Street | Chicago, IL 60606-1293 |
| Philadelphia, PA 19103 | 312-382-3100 |
| 215-665-2020 | jtarman@cozen.com |
| scarter1@cozen.com | |
| samiller@cozen.com | *Attorneys for Claimants* |

LEGAL\16982385\1