UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>    Defendant. | No. 11 C 4175<br><br>Judge Matthew F. Kennelly |

## NOTICE OF MOTION

To: Counsel of Record

    PLEASE TAKE NOTICE that on Wednesday, July 31, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Matthew F. Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge who may be sitting in his place and stead, and then and there present the Government's Unopposed Motions to File Briefs in Excess of 15 Pages, R. 133, 149.

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By: /s/ Joel M. Hammerman
JOEL M. HAMMERMAN
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-8881