# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>    Defendant | No. 1:11-CV-4175<br><br>Judge Matthew F. Kennelly |

## MOTION FOR ENTRY OF JUDGMENT

In accordance with the Court's October 9, 2013 Memorandum Opinion and Order, Claimants move for entry of Judgment in their favor, in the form attached as Exhibit "A" hereto. As directed by the Court, Claimants shared this proposed form of Judgment with counsel for the United States prior to filing with the Court. The United States has no objection to the proposed form of Judgment.

    Respectfully submitted,

    COZEN O'CONNOR

| | |
|---|---|
| Sean P. Carter, Esquire<br>PA Bar No. 78886<br>Stephen A. Miller, Esquire<br>PA Bar No. 308590<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>215-665-2020<br>scarter1@cozen.com<br>samiller@cozen.com | /s/ James I. Tarman, Jr.<br>James I. Tarman, Jr., Esquire<br>Illinois State Bar No. 06274360<br>Cozen O'Connor<br>333 West Wacker Drive<br>Chicago, IL 60606-1293<br>312-382-3100<br>jtarman@cozen.com<br><br>*Attorneys for Claimants* |

LEGAL\17552645\1