UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>   Defendant. | No. 11 C 4175<br><br>Judge Matthew F. Kennelly |

## NOTICE OF APPEAL

NOTICE is hereby given that the United States of America, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order entered in this action on the ninth day of October, 2013, and the Judgment entered in this action on the thirteenth day of November, 2013.

          Respectfully submitted,

          ZACHARY T. FARDON
          United States Attorney

   By: s/ Joel Hammerman  /
      JOEL HAMMERMAN
      Assistant United States Attorney
      219 South Dearborn Street, Room 500
      Chicago, Illinois 60604

      JAIKUMAR RAMASWAMY
      Chief, Asset Forfeiture and Money Laundering Section

   By: s/ Jennifer Ambuehl  /
      JENNIFER AMBUEHL
      Trial Attorney
      U.S. Department of Justice, Criminal Division
      1400 New York Ave., NW, Suite 10100
      Washington, D.C. 20530

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>ALL FUNDS ON DEPOSIT WITH R.J. O'BRIEN & ASSOCIATES, HELD IN THE NAME OF BRIDGE INVESTMENT, S.L., BEARING ACCOUNT NUMBERS XXX-X3931 AND XXX-X1784, MAINTAINED AT HARRIS BANK, ACCOUNT NUMBER XXX-171-6,<br><br>      Defendant. | No. 11 C 4175<br><br>Judge Matthew F. Kennelly |

## CERTIFICATE OF SERVICE

I, JOEL M. HAMMERMAN, Assistant United States Attorney, hereby certify that, on December 7, 2013, in accordance with Federal Rule of Civil Procedure 5, Local Rule 5.5, and the Court's General Order on Electronic Case Filing ("ECF"), caused a copy of the attached:

    Notice of Appeal

To be served pursuant to the district court's ECF system on all counsel of record.

                                                          s/ Joel Hammerman    /
                                                          JOEL HAMMERMAN
                                                          Assistant United States Attorney
                                                          219 South Dearborn Street, Room 500
                                                          Chicago, Illinois 60604