

December 23, 2013

**Sean P. Carter**
Direct Phone 215-665-2105
Direct Fax 215-701-2105
scarter1@cozen.com

Clerk of the United States District Court for the
Northern District of Illinois
219 South Dearborn Street
20th Floor
Chicago, Illinois
60604

Re:   Re: *United States of America v. All Funds On Deposit With R.J. O'Brien & Associates, Held In The Name Of Bridge Investment, S.L., Bearing Account Numbers XXX-X3931 And XXX-X1784, Maintained At Harris Bank Account Number XXX-171*; 11-cv-4175
Seventh Circuit Appeal No. 13-03732

Dear Mr. Thomas G. Bruton:

Please designate the following items for inclusion in the record on appeal for the above-captioned district court case, and include exhibits where identified in the description. Please note that while many of the listed items may have been designated by the United States in its letter of December 20, 2013, several additional items are included in this designation set forth below:

| Date | Docket Entry | Description |
|------|--------------|-------------|
| 06/19/2011 | 1 | COMPLAINT for Forfeiture, Verified filed by United States of America; Jury Demand. (Hammerman, Joel) (Entered: 06/19/2011) |
| 07/01/2011 | 4 | MOTION by Plaintiff United States of America for issuance of warrant in rem (Attachments: # 1 Exhibit Verified Complaint for Forfeiture and Affidavit)(Hammerman, Joel) (Entered: 07/01/2011) |
| 07/12/2011 | 7 | MINUTE entry before Honorable Matthew F. Kennelly: Motion for issuance of warrant in rem 4 is granted. Warrant issued. Mailed notice (vcf, ) (Entered: 07/13/2011) |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 2 of 16 PageID #:2051

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 2
_____

| | | |
|---|---|---|
| 07/20/2011 | 8 | SUMMONS Returned Executed by U.S. Marshal's service for service as to All funds on deposit with R.J. O'Brien & Associates, held in the name of Bridge Investment, S.L., bearing account numbers XXX-X3931 and XXX-X1784, maintained at Harris Bank account number XXX-171 on 7/18/2011, answer due 8/8/2011. (vcf, ) (Entered: 07/21/2011) |
| 08/19/2011 | 10 | Verified Claim by OneBeacon Insurance Group (Attachments: # 1 Exhibit A - Notice of Verified Claim)(Tarman, James) (Entered: 08/19/2011) |
| 08/19/2011 | 11 | Verified Claim by American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company (Attachments: # 1 Exhibit A Notice of Verified Claim)(Tarman, James) (Entered: 08/19/2011) |
| 08/19/2011 | 12 | Verified Claim by Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurnace Company of Canada, Pacific Indemnity Company & Great Northern Insurance Company (Attachments: # 1 Exhibit A-Notice of Verified Claim)(Tarman, James) (Entered: 08/19/2011) |
| 09/07/2011 | 17 | ANSWER to Complaint by American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company(Tarman, James) (Entered: 09/07/2011) |
| 09/07/2011 | 18 | ANSWER to Complaint by OneBeacon Insurance Group(Tarman, James) (Entered: 09/07/2011) |
| 09/07/2011 | 19 | ANSWER to Complaint by Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific(Tarman, James) (Entered: 09/07/2011) |
| 10/20/2011 | 25 | MINUTE entry before Honorable Matthew F. Kennelly: The motions of Sean P. Carter and Stephen A. Cozen for leave to appear pro hac vice are granted (22, 21). Attorneys are to contact the Clerk's Office to inquire further as to what requirements need to be met to make certain that electronic notices are sent. Hearing date of |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 3 of 16 PageID #:2052

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 3
_____

| | | |
|---|---|---|
| | | 10/25/2011 is vacated. Mailed notice (vcf, ) (Entered: 10/21/2011) |
| 10/25/2011 | 27 | ATTORNEY Appearance for Claimants American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific by Sean P. Carter (Carter, Sean) (Entered: 10/25/2011) |
| 11/07/2011 | 33 | MEMORANDUM in support of motion to intervene on behalf of wrongful death/personsal injury plaintiffs in In Re Terrorist attacks on 9/11/11 by Intervenor Plaintiff Proposed Intervenors Wrongful Death and Personal Injury Plaintiffs in In re Terrorist Attacks on September 11, 2001 to intervene on Behalf of Wrongful Death/Personal Injury Plaintiffs in In re September 11, 2001 (Attachments: # 1 Exhibit Ex A - Verified Complaint for Forfeiture, # 2 Exhibit Ex B - Docket #1797, # 3 Exhibit Ex C - Docket #1756, # 4 Exhibit Ex D - Docket #688, # 5 Exhibit Ex E - Docket #2444, # 6 Exhibit Ex F - Docket #2479, # 7 Exhibit Ex G - Answer to Verified Complaint for Forfeiture)(Tomasik, Timothy) (Docket Text Modified by Clerk's Office). Modified on 11/9/2011 (smm). (Entered: 11/07/2011) |
| 11/07/2011 | 35 | ANSWER to Complaint for Forfeiture in Support of Motion to Intervene on Behalf of Wrongful Death/Personal Injury Plaintiffs in In re Terrorist Attacks on September 11, 2001 by Proposed Intervenors Wrongful Death and Personal Injury Plaintiffs in In re Terrorist Attacks on September 11, 2001(Tomasik, Timothy) (Entered: 11/07/2011) |
| 11/10/2011 | 39 | MOTION by Intervenor Plaintiff Proposed Intervenors Wrongful Death and Personal Injury Plaintiffs in In re Terrorist Attacks on September 11, 2001 to intervene 33 , 34 (Tomasik, Timothy) Modified on 11/10/2011 (smm). (Entered: 11/10/2011) |
| 12/05/2011 | 42 | MOTION by Plaintiff United States of America to strike Verified Claims and Answers (Hammerman, Joel) (Entered: 12/05/2011) |
| 12/05/2011 | 43 | MEMORANDUM Of The United States In Support Of Its Motion To Strike Verified Claims and Answers |

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 4
_____

| | | |
|---|---|---|
| | | (Hammerman, Joel) (Entered: 12/05/2011) |
| 12/23/2011 | 51 | MOTION by Plaintiff United States of America to strike Answer (Hammerman, Joel) (Entered: 12/23/2011) |
| 12/23/2011 | 52 | MEMORANDUM by United States of America in Opposition to motion to intervene 39 and in Support of United States' Motion to Strike Answer (Hammerman, Joel) (Entered: 12/23/2011) |
| 01/09/2012 | 53 | MEMORANDUM by American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific in Opposition to motion to strike 42 (Attachments: # 1 Exhibit A-1 - May 27, 2011 letter to Judge Daniels, # 2 Exhibit A-2 - May 27, 2011 letter to Judge Daniels, # 3 Exhibit B - June 1, 2011 letter to Judge Daniels, # 4 Exhibit C - October 14, 2011 Report and Recommendation, # 5 Exhibit D - Judge Daniels' December 16, 2011 Memorandum Decision and Order, # 6 Exhibit E - Judge Daniels' December 22, 2011 Order)(Tarman, James) (Entered: 01/09/2012) |
| 01/09/2012 | 54 | REPLY by Proposed Intervenors Wrongful Death and Personal Injury Plaintiffs in In re Terrorist Attacks on September 11, 2001 to MOTION by Plaintiff United States of America to strike Answer 51 , memorandum in opposition to motion 52 to intervene (Frutig, Brian) (Entered: 01/09/2012) |
| 01/27/2012 | 59 | MOTION by Claimants American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific for leave to file Their Amended Verified Claims and Their Answers to Plaintiff's Verified Complaint for Forfeiture (Attachments: # 1 Exhibit 1-The Proposed Amended Verified Claim of The Chubb Companies, # 2 Exhibit 2-The Proposed Amended Verified Claim of OneBeacon Insurance Group, # 3 Exhibit 3-The Proposed Amended Verified Claim of |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 5 of 16 PageID #:2054

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 5
_____

| | | |
|---|---|---|
| | | American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, # 4 Exhibit 4-The Amended Answer to Verified Complaint for Forfeiture of The Chubb Companies, # 5 Exhibit 5-The Amended Answer to Verified Complaint for Forfeiture of OneBeacon Insurance Group, # 6 Exhibit 6-The Amended Answer to Verified Complaint for Forfeiture of American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company)(Tarman, James) (Entered: 01/27/2012) |
| 01/27/2012 | 60 | MEMORANDUM by American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific in support of motion for leave to file,,,,, 59 Their Amended Verified Claims and Answers to Plaintiff's Verified Complaint for Forfeiture (Tarman, James) (Entered: 01/27/2012) |
| 01/30/2012 | 64 | REPLY by United States of America to memorandum in opposition to motion,,, 53 (Hammerman, Joel) (Entered: 01/30/2012) |
| 01/31/2012 | 67 | REPLY by United States of America to reply to response to motion, 54 (Hammerman, Joel) (Entered: 01/31/2012) |
| 03/13/2012 | 72 | TRANSCRIPT OF PROCEEDINGS held on 2/24/12 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Valarie M. Ramsey, valharam@aol.com (708) 860-8482. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 4/3/2012. Redacted Transcript Deadline set for 4/13/2012. Release of Transcript Restriction set for 6/11/2012. (lcw, ) (Entered: 03/13/2012) |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 6 of 16 PageID #:2055

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 6
_____

| | | |
|---|---|---|
| 03/27/2012 | 73 | MINUTE entry before Honorable Matthew F. Kennelly: For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants the government's motions to strike the claimants' claims and answers [docket nos. 42, 51]. The Court also denies the personal injury claimants' motion to intervene [docket no. 39] and the insurance company claimants' motion to amend [docket no. 59]. The case is set for a status hearing on April 10, 2012 at 8:45 a.m., in chambers (Room 2188) to set a schedule for any further proceedings in this case. (mk) (Entered: 03/27/2012) |
| 03/27/2012 | 74 | MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 3/27/12. (mk) (Entered: 03/27/2012) |
| 04/05/2012 | 76 | TRANSCRIPT OF PROCEEDINGS held on 2/7/12 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/26/2012. Redacted Transcript Deadline set for 5/7/2012. Release of Transcript Restriction set for 7/5/2012. (Brennan, Laura) (Entered: 04/05/2012) |
| 04/11/2012 | 77 | MOTION by Claimants American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific for leave to file Their Amended Verified Claims And Their Answers To Plaintiff's Verified Complaint For Forfeiture (Attachments: # 1 Exhibit A - Registration of Judgment, # 2 Exhibit B - Praecipe for |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 7 of 16 PageID #:2056

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 7
_____

| | | |
|---|---|---|
| | | Writ Execution, # 3 Exhibit C - Affidavit of Service of Citation/Notice of Citation/Citation, # 4 Exhibit D - Minute Entry - Writ of Execution)(Tarman, James) (Entered: 04/11/2012) |
| 04/11/2012 | 78 | MEMORANDUM by American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific in support of motion for leave to file,,, 77 Their Amended Verified Claims and Amended Answers to Plaintiff's Verified Complaint For Forfeiture (Tarman, James) (Entered: 04/11/2012) |
| 4/12/2012 | 80 | MINUTE entry before Honorable Matthew F. Kennelly: Minute order of 4/12/2012 is amended to incorporate the joint oral motion to reassign case number 12 C 1346, Art Insurance v. Al Qaeda, presently on Judge Gettleman's calendar as a related case to 11 C 4175. Oral motion is granted. (or, ) (Entered: 04/12/2012) |
| 04/19/2012 | 83 | MOTION by Plaintiff United States of America for forfeiture of property , entry of default decree (Attachments: # 1 Exhibit A and B, # 2 Text of Proposed Order)(Hammerman, Joel) (Entered: 04/19/2012) |
| 06/08/2012 | 87 | RESPONSE by United States of Americain Opposition to MOTION by Claimants American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemn 77 (Hammerman, Joel) (Entered: 06/08/2012) |
| 07/13/2012 | 91 | RESPONSE by American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacificin Support of MOTION by Claimants American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 8 of 16 PageID #:2057

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 8
_____

| | | |
|---|---|---|
| | | Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemn 77 (Tarman, James) (Entered: 07/13/2012) |
| 09/25/2012 | 94 | MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 9/25/12: For the reasons stated in this Memorandum Opinion and Order, the Court denies the government's motion to quash [case no. 12 C 1346, docket no. 13] and grants the claimants' motion to amend [case no. 11 C 4175, docket no. 77]. The case is set for a status hearing on October 2, 2012 at 9:30 a.m. to set a schedule for further proceedings. (mk) (Entered: 09/25/2012) |
| 10/01/2012 | 96 | AMENDED Verified Claim by Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific (Attachments: # 1 Exhibit A-Order dated April 7, 2006, # 2 Exhibit B - Report and Recommendation dated October 14, 2011, # 3 Exhibit C-Order dated December 16, 2011, # 4 Exhibit D-Judgment dated December 22, 2011, # 5 Exhibit E-Order dated January 10, 2012, # 6 Exhibit F-Final Judgment dated January 25, 2012)(Tarman, James) (Entered: 10/01/2012) |
| 10/01/2012 | 97 | AMENDED Verified Claim by OneBeacon Insurance Group (Attachments: # 1 Exhibit A-Order dated April 7, 2006, # 2 Exhibit B-Report and Recommendation dated October 14, 2011, # 3 Exhibit C-Order dated December 16, 2011, # 4 Exhibit D-Judgment dated December 2011, # 5 Exhibit E-Order dated January 10, 2012, # 6 Exhibit F-Final Judgment dated January 25, 2012)(Tarman, James) (Entered: 10/01/2012) |
| 10/02/2012 | 98 | Amended Verified Claim by American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company (Attachments: # 1 Exhibit A-Order dated April 7, 2006, # 2 Exhibit B-Report and Recommendation dated October 14, 2011, # 3 Exhibit C-Order dated December 16, 2011, # 4 Exhibit D-Judgment dated December 22, 2011, # 5 Exhibit E-Order dated January 10, 2012, # 6 Exhibit F-Final Judgment dated January 25, 2012)(Tarman, James) (Entered: 10/02/2012) |
| 10/18/2012 | 99 | MINUTE entry before Honorable Matthew F. Kennelly: |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 9 of 16 PageID #:2058

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 9
_____

| | | |
|---|---|---|
| | | Status hearing held and continued to 11/20/2012 at 9:30 AM. Motion for forfeiture is denied for the reasons stated in open court(83). Motion by Joseph Tarbutton to appear pro hac vice is granted (92. Attorney Tarbutton is directed to contact the Clerk's office to set up an e-filing account. 26(a)(1) disclosures are due 12/20/2012. Mailed notice (vcf, ) (Entered: 10/23/2012) |
| 11/23/2012 | 100 | MOTION by Plaintiff United States of AmericaTo Certify Interlocutory Appeal (Hammerman, Joel) (Entered: 11/23/2012) |
| 11/23/2012 | 102 | MEMORANDUM by United States of America in support of motion for miscellaneous relief 100 Motion to Certify Interlocutory Appeal (Hammerman, Joel) (Entered: 11/23/2012) |
| 11/26/2012 | 103 | MOTION by Plaintiff United States of America to strike Motion of the United States to Strike Rule 26(A) Disclosure Order (Hammerman, Joel) (Entered: 11/26/2012) |
| 12/03/2012 | 106 | MEMORANDUM by American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific in Opposition to motion for miscellaneous relief 100 (Tarman, James) (Entered: 12/03/2012) |
| 12/07/2012 | 108 | MINUTE entry before Honorable Matthew F. Kennelly: Argument heard on motion for interlocutory appeal and motion to strike Rule 26(a) disclosure deadline. Motions are taken under advisement. The Rule 26(a) disclosure deadline previously imposed is stayed pending further order of court. Motion for leave to file excess pages 101 is granted. (or, ) (Entered: 12/10/2012) |
| 12/10/2012 | 110 | ORDER signed by the Honorable Matthew F. Kennelly on 12/10/2012: The government's motion to certify an interlocutory appeal is denied and its motion to vacate the order requiring Rule 26(a)(1) disclosures is granted for the reasons stated in this order. Scheduling Conference by telephone set for 12/21/2012 at 9:15 AM. (mk) (Entered: 12/10/2012) |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 10 of 16 PageID #:2059

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 10
_____

| 02/26/2013 | 114 | TRANSCRIPT OF PROCEEDINGS held on 10/18/2012 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Valarie M. Ramsey valharam@aol.com (708) 860-8482.  IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.  Redaction Request due 3/19/2013. Redacted Transcript Deadline set for 3/29/2013. Release of Transcript Restriction set for 5/28/2013. (rp, ) (Entered: 02/26/2013) |
|---|---|---|
| 02/26/2013 | 115 | TRANSCRIPT OF PROCEEDINGS held on 12/7/2012 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Valarie M. Ramsey valharam@aol.com (708) 860-8482. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.  Redaction Request due 3/19/2013. Redacted Transcript Deadline set for 3/29/2013. Release of Transcript Restriction set for 5/28/2013. (rp, ) (Entered: 02/26/2013) |
| 04/29/2013 | 127 | MOTION by Claimants Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific, OneBeacon Insurance Group, American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company for summary judgment (Tarman, James) (Entered: 04/29/2013) |
| 04/29/2013 | 128 | RULE 56.1(a)(3) Statement by American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 11 of 16 PageID #:2060

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 11
_____

|  |  |  |
|---|---|---|
|  |  | Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific regarding motion for summary judgment, 127 (Tarman, James) (Entered: 04/29/2013) |
| 04/29/2013 | 129 | STIPULATION regarding motion for summary judgment, 127 , Rule 56 statement, 128 of Undisputed Facts (Tarman, James) (Entered: 04/29/2013) |
| 04/29/2013 | 130 | MEMORANDUM by American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific in support of motion for summary judgment, 127 (Attachments: # 1 Exhibit A-Claimants Supplemental Interrogatory Answers, # 2 Exhibit B-Verified Complaint For Forfeiture File By USA, # 3 Exhibit C-Verified Claim of OneBeacon, # 4 Exhibit D-Verified Claim of American Alternative, # 5 Exhibit E-Verified Claim of Vigilant, # 6 Exhibit F-April 2006 Order, # 7 Exhibit G-Final Judgment Entered January 25, 2012, # 8 Exhibit H-Motion for Assessment dated February 13, 2007, # 9 Exhibit I-Letter dated May 27, 2011, # 10 Exhibit J-Declaration of Sean Carter, # 11 Exhibit K-Letter dated June 1, 2011, # 12 Exhibit L- Notice by USA, # 13 Exhibit M-Report and Recommendations, # 14 Exhibit N-Order of Daniels dated December 16, 2011, # 15 Exhibit O-Judgment dated December 22, 2011, # 16 Exhibit P-Registration of Judgment in the Northern District of Illinois, # 17 Exhibit Q-Notice of Citation to Discover Assets, # 18 Exhibit R-Amended Claim of American Alternative, # 19 Exhibit S-Amended Claim of OneBeacon, # 20 Exhibit T-Amended Claim of Chubb)(Tarman, James) (Entered: 04/29/2013) |
| 06/10/2013 | 134 | MOTION by Plaintiff United States of America for summary judgment (Hammerman, Joel) (Entered: 06/10/2013) |
| 06/10/2013 | 135 | MOTION by Plaintiff United States of America for summary judgment , Local Rule 56.1 Statement of Material Facts (Attachments: # 1 Exhibit A)(Hammerman, Joel) (Entered: 06/10/2013) |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 12 of 16 PageID #:2061

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 12
_____

| | | |
|---|---|---|
| 06/10/2013 | 136 | MOTION by Plaintiff United States of America for summary judgment (Hammerman, Joel) (Entered: 06/10/2013) |
| 06/10/2013 | 137 | RULE 56 L.R. 56.1 Statement by United States of America regarding motion for summary judgment, 127 Governments Response to Claimants Local Rule 56.1 Statement (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Errata C)(Hammerman, Joel) (Entered: 06/10/2013) |
| 06/27/2013 | 138 | MOTION by Plaintiff United States of America for extension of time FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING AND FOR AN EXTENSION BASED ON NEW AUTHORITY (Hammerman, Joel) (Entered: 06/27/2013) |
| 06/28/2013 | 139 | MINUTE entry before Honorable Matthew F. Kennelly: The government's motion for extension of time 138 , which was not noticed for hearing (contrary to this district's local rules) is denied. The Fifth Circuit decision in question can be addressed in the parties' remaining briefs, which are to be filed by their current due dates. (mk) (Entered: 06/28/2013) |
| 07/01/2013 | 141 | REPLY by Claimants American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific and Opposition to the United States Motion for Summary Judgment (Tarman, James) (Entered: 07/01/2013) |
| 07/01/2013 | 142 | RESPONSE by Claimants American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific to Rule 56 statement, 137 and to the Government's Additional Facts (Tarman, James) (Entered: 07/01/2013) |
| 07/01/2013 | 143 | RESPONSE by Claimants American Alternative |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 13 of 16 PageID #:2062

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 13
_____

|  |  |  |
|---|---|---|
|  |  | Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific to Local Rule 56.1 Statement of Material Facts (Tarman, James) (Entered: 07/01/2013) |
| 07/01/2013 | 145 | AMENDED Answer by Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific to Verified Complaint for Forfeiture (Tarman, James) (Entered: 07/01/2013) |
| 07/01/2013 | 146 | AMENDED Answer by OneBeacon Insurance Group to Verified Complaint for Forfeiture (Tarman, James) (Entered: 07/01/2013) |
| 07/01/2013 | 147 | AMENDED Answer by American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company to Verified Complaint for Forfeiture (Tarman, James) (Entered: 07/01/2013) |
| 07/15/2013 | 150 | REPLY by Plaintiff United States of America to Claimants' Memorandum of Law in Opposition to the United States' Motion for Summary Judgment (Hammerman, Joel) (Entered: 07/15/2013) |
| 10/09/2013 | 155 | MEMORANDUM Opinion and Order written by the Honorable Matthew F. Kennelly on 10/9/2013. For the foregoing reasons, the Court grants the claimant insurance companies' motions for summary judgment [docket no. 127 in Case No. 11 C 4175; docket no. 55 in Case No. 12 C 1346] and denies the government's motion for summary judgment [docket no. 134 in Case No. 11 C 4175]. The Clerk is directed to terminate both cases. Claimants are directed to provide a proposed form of judgment for each case by no later than October 31, 2013, after first providing a draft to the government's counsel. The Court notes, in this regard, that it is setting a longer-than-usual deadline due to the current government shutdown (though the government's attorney, who is generally assigned to the criminal side of the United States Attorney's Office, appears to still be on the job). The Court also notes in that regard that |

Case: 1:11-cv-04175 Document #: 174 Filed: 12/23/13 Page 14 of 16 PageID #:2063

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 14
_____

|  |  |  |
|---|---|---|
|  |  | because no judgment or final orderhas yet been entered, the time to appeal has not yet begun to run. The case is set for a status hearing on November 5, 2013 at 9:30 a.m. Civil case terminated. Mailed notice.(pjg, ) (Entered: 10/09/2013) |
| 10/20/2013 | 157 | MINUTE entry before Honorable Matthew F. Kennelly: The case remains set for a ststus hearing on 11/5/2013 at 9:30 a.m. as previously ordered, and the due date for submitting a proposed form of judgment remains 10/31/2013 as previously ordered. The Court's order setting these dates took into account the then-existing government shutdown (which, in any event, did not result in the furloughing of the criminal-side attorneys for the government in this case) and allowed time for submission of the proposed judgment that is more than sufficient under the circumstances, given the shutdown's actual length of approximately 16 days. (mk) (Entered: 10/20/2013) |
| 10/25/2013 | 158 | MINUTE entry before the Honorable Matthew F. Kennelly: At the request of the parties, the status hearing set for 11/5/2013 is vacated and reset for 11/12/2013 at 09:30 a.m. Mailed notice. (pjg, ) (Entered: 10/25/2013) |
| 10/31/2013 | 159 | MOTION by Claimants American Alternative Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, and Great Lakes UK Insurance Company, OneBeacon Insurance Group, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb Insurance Company New Jersey, Chubb Insurance Company of Canada, Pacific for judgment (Attachments: # 1 Exhibit A - Judgment)(Tarman, James) (Entered: 10/31/2013) |
| 11/12/2013 | 161 | MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 11/12/2013. Motion for judgment 159 is granted. Draft judgment to be submitted to Judge Kennelly's proposed order e-mail address. Fee petition due date is 12/18/2013. Response is due by 1/22/2014; Reply is due by 2/12/2014. Mailed notice. (pjg, ) (Entered: 11/12/2013) |
| 11/13/2013 | 162 | JUDGMENT ORDER Signed by the Honorable Matthew F. Kennelly on 11/13/2013. The Clerk is directed to enter judgment in Claimants' favor in accordance with the Court's October 9, 2013 Memorandum Opinion and Order. Mailed notice.(pjg, ) (Entered: 11/15/2013) |
| 11/13/2013 | 163 | ENTERED JUDGMENT on 11/13/2013. (pjg, ) (Entered: |

Clerk of the United States District Court for the Northern District of Illinois
December 23, 2013
Page 15
_____

| | | 11/15/2013) |
|---|---|---|
| 12/07/2013 | 164 | NOTICE of appeal by United States of America regarding orders 162 , 155 , 163 (Hammerman, Joel) (Entered: 12/07/2013) |

Pursuant to Circuit Rule 10, some of the above-designated may already be included in the Record on Appeal, so kindly omit any duplicative materials.

Thank you in advance for your assistance, and please do not hesitate to contact me with any questions.

Respectfully submitted,

COZEN O'CONNOR

 /s/  Sean P. Carter, Esq.

Sean P. Carter, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2105
scarter1@cozen.com

_____

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013 I electronically filed the foregoing letter with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                          By:     */s/ Sean P. Carter, Esq.*
                                                                 Sean P. Carter, Esquire
                                                                 Cozen O'Connor
                                                                 1900 Market Street
                                                                 Philadelphia, PA 19103
                                                                 215-665-2105
                                                                 scarter1@cozen.com